**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

        Plaintiff,

    v.

BOLIVARIAN REPUBLIC OF
VENEZUELA; PETRÓLEOS DE
VENEZUELA, S.A.,


        Defendants.

Civil Action No.: 18-cv-1963-UNA

**DECLARATION OF ALEXANDER A. YANOS**
**IN SUPPORT OF COMPLAINT TO REGISTER AND ENFORCE ICSID**
**ARBITRATION AWARD AS A FOREIGN JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Alexander A. Yanos, hereby declare as follows:

1.     I am an attorney at Alston & Bird, LLP.  I represent Saint-Gobain Performance Plastics Europe ("Saint-Gobain or "Plaintiff") in connection with the above-captioned matter.

2.     I submit this declaration in support of the Complaint to Register and Enforce ICSID Arbitration Award as a Foreign Judgment filed by Saint-Gobain on December 12, 2018.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the certified Award issued in favor of Saint-Gobain by the arbitral tribunal on November 3, 2017 in an arbitration between Saint-Gobain and the Republic of Venezuela ("Venezuela" or "Defendant") under the Convention on the Settlement of Investment Disputes between States and Nationals of Other States, Mar. 18, 1965, 17 U.S.T. 1270 (the "ICSID Convention" or the "Convention").

4.     Attached hereto as Exhibit 2 is a true and correct copy of the ICSID Convention.

1

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the "Decision on Liability and the Principles of Quantum" issued by the arbitral tribunal on December 30, 2016 in an arbitration between Saint-Gobain and Venezuela.

6.      Attached hereto as <u>Exhibit 4</u> is a worksheet detailing the calculation of compensation and costs awarded by the arbitral tribunal to Saint-Gobain as of December 7, 2018.

7.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of "Procedural Order No.2" issued by the arbitral tribunal on October 24, 2018.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
      December 13, 2018

Alex Yanos
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel:    202-210-9400
Fax:    212-210-9444
alex.yanos@alston.com

2