**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>          Plaintiff,<br><br>     v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.,<br><br><br><br>          Defendants. | Civil Action No.: 18-cv-1963-UNA |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff Saint-Gobain

Performance Plastics Europe ("Saint-Gobain" or "Plaintiff") is a company incorporated under

the laws of the French Republic.  Saint-Gobain is wholly-owned by Société de Participations

Financières et Industrielles, which is in turn wholly-owned by Compagnie de Saint-Gobain.  No

other corporation owns 10% or more of Saint-Gobain's stock.

Dated: December 13, 2018                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Peter J. Keane (Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
        pkeane@pszjlaw.com

– and –

Alex Yanos, *pro hac vice pending*
Carlos Ramos-Mrosovsky, *pro hac vice pending*
Rajat Rana, *pro hac vice pending*
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel:    202-210-9400
Fax:    212-210-9444
Email:  alex.yanos@alston.com
        carlos.ramos-mrosovsky@alston.com
        rajat.rana@alston.com

*Counsel for Plaintiff Saint-Gobain Performance
Plastics Europe*