# EXHIBIT 1

**Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela, ICSID Case No. ARB/12/13**
Application of the Tribunal's Award

| | | |
|---|---|---:|
| [a] | Compensation for the Expropriation | $29,600,000.00 |
| [b] | Pre-Award Interest from 15 May 2010 until 31 March 2017 | $4,800,000.00 |
| [c] | Pre-Award Interest from 1 April 2017 until 3 November 2017 | $542,189.80 |
| [d] | Post-Award Interest from 3 December 2017 until 24 April 2019 | $1,738,372.89 |
| [e] | **Compensation as of 24 April 2019** | **$36,680,562.69** |
| [f] | Cost Reimbursement - Arbitration | $1,303,189.99 |
| [g] | Cost Reimbursement - Claimant | $4,634,532.05 |
| [h] | Total Costs | $5,937,722.04 |
| [i] | Interest from 3 December 2017 until 24 April 2019 | $348,715.37 |
| [j] | **Costs as of 24 April 2019** | **$6,286,437.41** |
| [k] | **Total** | **$42,967,000.10** |

Notes
[a]  Award, ¶72.1
[b]  Award, ¶72.1
[c]  Award, ¶72.2. Interest on USD 29.6 million at average 6-month US Treasury bill rate plus 2% (3.1%) between 1 April 2017 until the date of the Award (3 November 2017)
[d]  Award, ¶72.3. Interest on USD 29.6 million at average 6-month US Treasury bill rate plus 2% (4.2%) between 30th day following the date of the Award (3 December 2017) until the date of payment (22 April 2019)*
[e]  [a]+[b]+[c]+[d]
[f]  Award, ¶72.5
[g]  Award, ¶72.6
[h]  [f]+[g]
[i]  Award, ¶72.7. Interest on costs at average 6-month US Treasury bill rate plus 2% (4.2%) between 30th day following the date of the Award (3 December 2017) until the date of payment (22 April 2019)*
[j]  [h]+[i]
[j]  [e]+[j]

*   Average interest includes data up to 18 April 2019 (last date available)

**Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela, ICSID Case No. ARB/12/13**
Application of the Tribunal's Award

**Federal Reserve - Treasury Yields**

| Date | 6-Month |
|---|---|
| 04/03/2017 | 0.92 |
| 04/04/2017 | 0.92 |
| 04/05/2017 | 0.93 |
| 04/06/2017 | 0.94 |
| 04/07/2017 | 0.95 |
| 04/10/2017 | 0.97 |
| 04/11/2017 | 0.94 |
| 04/12/2017 | 0.95 |
| 04/13/2017 | 0.94 |
| 04/17/2017 | 0.94 |
| 04/18/2017 | 0.94 |
| 04/19/2017 | 0.94 |
| 04/20/2017 | 0.93 |
| 04/21/2017 | 0.92 |
| 04/24/2017 | 0.96 |
| 04/25/2017 | 0.98 |
| 04/26/2017 | 0.99 |
| 04/27/2017 | 0.98 |
| 04/28/2017 | 0.99 |
| 05/01/2017 | 0.98 |
| 05/02/2017 | 0.99 |
| 05/03/2017 | 1.00 |
| 05/04/2017 | 1.00 |
| 05/05/2017 | 1.01 |
| 05/08/2017 | 1.02 |
| 05/09/2017 | 1.04 |
| 05/10/2017 | 1.04 |
| 05/11/2017 | 1.04 |
| 05/12/2017 | 1.03 |
| 05/15/2017 | 1.02 |
| 05/16/2017 | 1.04 |
| 05/17/2017 | 1.00 |
| 05/18/2017 | 1.02 |
| 05/19/2017 | 1.03 |
| 05/22/2017 | 1.05 |
| 05/23/2017 | 1.08 |
| 05/24/2017 | 1.07 |
| 05/25/2017 | 1.08 |
| 05/26/2017 | 1.08 |
| 05/30/2017 | 1.07 |
| 05/31/2017 | 1.08 |
| 06/01/2017 | 1.07 |
| 06/02/2017 | 1.06 |
| 06/05/2017 | 1.06 |
| 06/06/2017 | 1.08 |
| 06/07/2017 | 1.09 |
| 06/08/2017 | 1.11 |
| 06/09/2017 | 1.13 |
| 06/12/2017 | 1.09 |
| 06/13/2017 | 1.12 |
| 06/14/2017 | 1.12 |
| 06/15/2017 | 1.13 |
| 06/16/2017 | 1.13 |
| 06/19/2017 | 1.13 |
| 06/20/2017 | 1.14 |
| 06/21/2017 | 1.12 |
| 06/22/2017 | 1.10 |
| 06/23/2017 | 1.10 |
| 06/26/2017 | 1.10 |
| 06/27/2017 | 1.13 |
| 06/28/2017 | 1.12 |
| 06/29/2017 | 1.14 |
| 06/30/2017 | 1.14 |
| 07/03/2017 | 1.13 |
| 07/05/2017 | 1.15 |
| 07/06/2017 | 1.14 |
| 07/07/2017 | 1.14 |
| 07/10/2017 | 1.13 |
| 07/11/2017 | 1.14 |
| 07/12/2017 | 1.13 |
| 07/13/2017 | 1.14 |
| 07/14/2017 | 1.12 |
| 07/17/2017 | 1.10 |
| 07/18/2017 | 1.11 |
| 07/19/2017 | 1.12 |
| 07/20/2017 | 1.12 |
| 07/21/2017 | 1.10 |
| 07/24/2017 | 1.12 |
| 07/25/2017 | 1.15 |
| 07/26/2017 | 1.14 |
| 07/27/2017 | 1.13 |
| 07/28/2017 | 1.13 |
| 07/31/2017 | 1.13 |
| 08/01/2017 | 1.15 |
| 08/02/2017 | 1.15 |
| 08/03/2017 | 1.13 |
| 08/04/2017 | 1.14 |
| 08/07/2017 | 1.14 |
| 08/08/2017 | 1.16 |
| 08/09/2017 | 1.15 |
| 08/10/2017 | 1.14 |
| 08/11/2017 | 1.14 |
| 08/14/2017 | 1.13 |
| 08/15/2017 | 1.16 |
| 08/16/2017 | 1.13 |
| 08/17/2017 | 1.11 |
| 08/18/2017 | 1.13 |
| 08/21/2017 | 1.11 |
| 08/22/2017 | 1.13 |

| Start Date | End Date | T-Bill+2% | Years | Factor |
|---|---|---|---|---|
| March 31, 2017 | November 03, 2017 | 3.1% | 0.59 | 1.02 |
| December 03, 2017 | April 24, 2019 | 4.2% | 1.39 | 1.06 |

Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela, ICSID Case No. ARB/12/1
Application of the Tribunal's Award

**Federal Reserve - Treasury Yields**

| Date | Yield |
|---|---|
| 08/23/2017 | 1.11 |
| 08/24/2017 | 1.11 |
| 08/25/2017 | 1.11 |
| 08/28/2017 | 1.12 |
| 08/29/2017 | 1.13 |
| 08/30/2017 | 1.11 |
| 08/31/2017 | 1.08 |
| 09/01/2017 | 1.10 |
| 09/05/2017 | 1.13 |
| 09/06/2017 | 1.17 |
| 09/07/2017 | 1.15 |
| 09/08/2017 | 1.14 |
| 09/11/2017 | 1.16 |
| 09/12/2017 | 1.16 |
| 09/13/2017 | 1.16 |
| 09/14/2017 | 1.17 |
| 09/15/2017 | 1.17 |
| 09/18/2017 | 1.18 |
| 09/19/2017 | 1.19 |
| 09/20/2017 | 1.20 |
| 09/21/2017 | 1.19 |
| 09/22/2017 | 1.19 |
| 09/25/2017 | 1.19 |
| 09/26/2017 | 1.19 |
| 09/27/2017 | 1.20 |
| 09/28/2017 | 1.18 |
| 09/29/2017 | 1.20 |
| 10/02/2017 | 1.22 |
| 10/03/2017 | 1.21 |
| 10/04/2017 | 1.21 |
| 10/05/2017 | 1.21 |
| 10/06/2017 | 1.22 |
| 10/10/2017 | 1.26 |
| 10/11/2017 | 1.25 |
| 10/12/2017 | 1.27 |
| 10/13/2017 | 1.26 |
| 10/16/2017 | 1.24 |
| 10/17/2017 | 1.25 |
| 10/18/2017 | 1.24 |
| 10/19/2017 | 1.25 |
| 10/20/2017 | 1.27 |
| 10/23/2017 | 1.25 |
| 10/24/2017 | 1.27 |
| 10/25/2017 | 1.27 |
| 10/26/2017 | 1.29 |
| 10/27/2017 | 1.28 |
| 10/30/2017 | 1.24 |
| 10/31/2017 | 1.28 |
| 11/01/2017 | 1.30 |
| 11/02/2017 | 1.29 |
| 11/03/2017 | 1.31 |
| 11/06/2017 | 1.30 |
| 11/07/2017 | 1.33 |
| 11/08/2017 | 1.35 |
| 11/09/2017 | 1.36 |
| 11/10/2017 | 1.37 |
| 11/13/2017 | 1.37 |
| 11/14/2017 | 1.40 |
| 11/15/2017 | 1.39 |
| 11/16/2017 | 1.42 |
| 11/17/2017 | 1.42 |
| 11/20/2017 | 1.46 |
| 11/21/2017 | 1.45 |
| 11/22/2017 | 1.45 |
| 11/24/2017 | 1.45 |
| 11/27/2017 | 1.41 |
| 11/28/2017 | 1.46 |
| 11/29/2017 | 1.45 |
| 11/30/2017 | 1.44 |
| 12/01/2017 | 1.45 |
| 12/04/2017 | 1.45 |
| 12/05/2017 | 1.48 |
| 12/06/2017 | 1.48 |
| 12/07/2017 | 1.47 |
| 12/08/2017 | 1.45 |
| 12/11/2017 | 1.47 |
| 12/12/2017 | 1.49 |
| 12/13/2017 | 1.47 |
| 12/14/2017 | 1.48 |
| 12/15/2017 | 1.48 |
| 12/18/2017 | 1.51 |
| 12/19/2017 | 1.51 |
| 12/20/2017 | 1.51 |
| 12/21/2017 | 1.54 |
| 12/22/2017 | 1.54 |
| 12/26/2017 | 1.52 |
| 12/27/2017 | 1.53 |
| 12/28/2017 | 1.54 |
| 12/29/2017 | 1.53 |
| 01/02/2018 | 1.61 |
| 01/03/2018 | 1.59 |
| 01/04/2018 | 1.60 |
| 01/05/2018 | 1.58 |
| 01/08/2018 | 1.60 |
| 01/09/2018 | 1.60 |
| 01/10/2018 | 1.59 |
| 01/11/2018 | 1.58 |
| 01/12/2018 | 1.59 |
| 01/16/2018 | 1.63 |
| 01/17/2018 | 1.63 |

**Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela, ICSID Case No. ARB/12/13**
Application of the Tribunal's Award

**Federal Reserve - Treasury Yields**

| Date | Yield |
|---|---|
| 01/18/2018 | 1.63 |
| 01/19/2018 | 1.62 |
| 01/22/2018 | 1.65 |
| 01/23/2018 | 1.63 |
| 01/24/2018 | 1.63 |
| 01/25/2018 | 1.64 |
| 01/26/2018 | 1.64 |
| 01/29/2018 | 1.66 |
| 01/30/2018 | 1.66 |
| 01/31/2018 | 1.66 |
| 02/01/2018 | 1.64 |
| 02/02/2018 | 1.65 |
| 02/05/2018 | 1.67 |
| 02/06/2018 | 1.69 |
| 02/07/2018 | 1.73 |
| 02/08/2018 | 1.73 |
| 02/09/2018 | 1.73 |
| 02/12/2018 | 1.82 |
| 02/13/2018 | 1.80 |
| 02/14/2018 | 1.81 |
| 02/15/2018 | 1.82 |
| 02/16/2018 | 1.83 |
| 02/20/2018 | 1.87 |
| 02/21/2018 | 1.85 |
| 02/22/2018 | 1.84 |
| 02/23/2018 | 1.85 |
| 02/26/2018 | 1.87 |
| 02/27/2018 | 1.87 |
| 02/28/2018 | 1.86 |
| 03/01/2018 | 1.85 |
| 03/02/2018 | 1.86 |
| 03/05/2018 | 1.86 |
| 03/06/2018 | 1.87 |
| 03/07/2018 | 1.87 |
| 03/08/2018 | 1.89 |
| 03/09/2018 | 1.89 |
| 03/12/2018 | 1.89 |
| 03/13/2018 | 1.90 |
| 03/14/2018 | 1.94 |
| 03/15/2018 | 1.95 |
| 03/16/2018 | 1.96 |
| 03/19/2018 | 1.99 |
| 03/20/2018 | 1.97 |
| 03/21/2018 | 1.95 |
| 03/22/2018 | 1.95 |
| 03/23/2018 | 1.92 |
| 03/26/2018 | 1.94 |
| 03/27/2018 | 1.93 |
| 03/28/2018 | 1.95 |
| 03/29/2018 | 1.93 |
| 04/02/2018 | 1.92 |
| 04/03/2018 | 1.92 |
| 04/04/2018 | 1.90 |
| 04/05/2018 | 1.93 |
| 04/06/2018 | 1.91 |
| 04/09/2018 | 1.93 |
| 04/10/2018 | 1.93 |
| 04/11/2018 | 1.95 |
| 04/12/2018 | 1.95 |
| 04/13/2018 | 1.97 |
| 04/16/2018 | 1.98 |
| 04/17/2018 | 2.02 |
| 04/18/2018 | 2.01 |
| 04/19/2018 | 2.01 |
| 04/20/2018 | 2.01 |
| 04/23/2018 | 2.04 |
| 04/24/2018 | 2.05 |
| 04/25/2018 | 2.03 |
| 04/26/2018 | 2.02 |
| 04/27/2018 | 2.02 |
| 04/30/2018 | 2.04 |
| 05/01/2018 | 2.05 |
| 05/02/2018 | 2.03 |
| 05/03/2018 | 2.02 |
| 05/04/2018 | 2.03 |
| 05/07/2018 | 2.05 |
| 05/08/2018 | 2.05 |
| 05/09/2018 | 2.05 |
| 05/10/2018 | 2.05 |
| 05/11/2018 | 2.06 |
| 05/14/2018 | 2.09 |
| 05/15/2018 | 2.09 |
| 05/16/2018 | 2.09 |
| 05/17/2018 | 2.10 |
| 05/18/2018 | 2.09 |
| 05/21/2018 | 2.14 |
| 05/22/2018 | 2.13 |
| 05/23/2018 | 2.11 |
| 05/24/2018 | 2.09 |
| 05/25/2018 | 2.07 |
| 05/29/2018 | 2.06 |
| 05/30/2018 | 2.08 |
| 05/31/2018 | 2.08 |
| 06/01/2018 | 2.10 |
| 06/04/2018 | 2.13 |
| 06/05/2018 | 2.13 |
| 06/06/2018 | 2.13 |
| 06/07/2018 | 2.12 |
| 06/08/2018 | 2.12 |
| 06/11/2018 | 2.11 |

Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela, ICSID Case No. ARB/12/1
Application of the Tribunal's Award

**Federal Reserve - Treasury Yields**

| Date | Yield |
|---|---|
| 06/12/2018 | 2.10 |
| 06/13/2018 | 2.09 |
| 06/14/2018 | 2.07 |
| 06/15/2018 | 2.07 |
| 06/18/2018 | 2.13 |
| 06/19/2018 | 2.13 |
| 06/20/2018 | 2.14 |
| 06/21/2018 | 2.12 |
| 06/22/2018 | 2.11 |
| 06/25/2018 | 2.13 |
| 06/26/2018 | 2.14 |
| 06/27/2018 | 2.10 |
| 06/28/2018 | 2.11 |
| 06/29/2018 | 2.11 |
| 07/02/2018 | 2.14 |
| 07/03/2018 | 2.12 |
| 07/05/2018 | 2.11 |
| 07/06/2018 | 2.13 |
| 07/09/2018 | 2.15 |
| 07/10/2018 | 2.15 |
| 07/11/2018 | 2.14 |
| 07/12/2018 | 2.17 |
| 07/13/2018 | 2.16 |
| 07/16/2018 | 2.19 |
| 07/17/2018 | 2.19 |
| 07/18/2018 | 2.17 |
| 07/19/2018 | 2.16 |
| 07/20/2018 | 2.16 |
| 07/23/2018 | 2.19 |
| 07/24/2018 | 2.19 |
| 07/25/2018 | 2.20 |
| 07/26/2018 | 2.19 |
| 07/27/2018 | 2.20 |
| 07/30/2018 | 2.21 |
| 07/31/2018 | 2.21 |
| 08/01/2018 | 2.22 |
| 08/02/2018 | 2.22 |
| 08/03/2018 | 2.23 |
| 08/06/2018 | 2.23 |
| 08/07/2018 | 2.23 |
| 08/08/2018 | 2.24 |
| 08/09/2018 | 2.25 |
| 08/10/2018 | 2.23 |
| 08/13/2018 | 2.22 |
| 08/14/2018 | 2.25 |
| 08/15/2018 | 2.23 |
| 08/16/2018 | 2.24 |
| 08/17/2018 | 2.24 |
| 08/20/2018 | 2.25 |
| 08/21/2018 | 2.25 |
| 08/22/2018 | 2.24 |
| 08/23/2018 | 2.23 |
| 08/24/2018 | 2.25 |
| 08/27/2018 | 2.25 |
| 08/28/2018 | 2.28 |
| 08/29/2018 | 2.28 |
| 08/30/2018 | 2.28 |
| 08/31/2018 | 2.28 |
| 09/04/2018 | 2.29 |
| 09/05/2018 | 2.30 |
| 09/06/2018 | 2.30 |
| 09/07/2018 | 2.30 |
| 09/10/2018 | 2.32 |
| 09/11/2018 | 2.31 |
| 09/12/2018 | 2.33 |
| 09/13/2018 | 2.33 |
| 09/14/2018 | 2.33 |
| 09/17/2018 | 2.35 |
| 09/18/2018 | 2.36 |
| 09/19/2018 | 2.36 |
| 09/20/2018 | 2.37 |
| 09/21/2018 | 2.38 |
| 09/24/2018 | 2.38 |
| 09/25/2018 | 2.38 |
| 09/26/2018 | 2.37 |
| 09/27/2018 | 2.37 |
| 09/28/2018 | 2.36 |
| 10/01/2018 | 2.40 |
| 10/02/2018 | 2.41 |
| 10/03/2018 | 2.41 |
| 10/04/2018 | 2.42 |
| 10/05/2018 | 2.41 |
| 10/09/2018 | 2.46 |
| 10/10/2018 | 2.45 |
| 10/11/2018 | 2.44 |
| 10/12/2018 | 2.44 |
| 10/15/2018 | 2.47 |
| 10/16/2018 | 2.46 |
| 10/17/2018 | 2.47 |
| 10/18/2018 | 2.47 |
| 10/19/2018 | 2.48 |
| 10/22/2018 | 2.49 |
| 10/23/2018 | 2.48 |
| 10/24/2018 | 2.47 |
| 10/25/2018 | 2.47 |
| 10/26/2018 | 2.47 |
| 10/29/2018 | 2.49 |
| 10/30/2018 | 2.48 |
| 10/31/2018 | 2.49 |
| 11/01/2018 | 2.49 |

**Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela, ICSID Case No. ARB/12/1**
Application of the Tribunal's Award

**Federal Reserve - Treasury Yields**

| Date | Yield |
|---|---|
| 11/02/2018 | 2.50 |
| 11/05/2018 | 2.51 |
| 11/06/2018 | 2.52 |
| 11/07/2018 | 2.51 |
| 11/08/2018 | 2.52 |
| 11/09/2018 | 2.52 |
| 11/13/2018 | 2.53 |
| 11/14/2018 | 2.52 |
| 11/15/2018 | 2.51 |
| 11/16/2018 | 2.50 |
| 11/19/2018 | 2.52 |
| 11/20/2018 | 2.51 |
| 11/21/2018 | 2.52 |
| 11/23/2018 | 2.52 |
| 11/26/2018 | 2.54 |
| 11/27/2018 | 2.53 |
| 11/28/2018 | 2.53 |
| 11/29/2018 | 2.52 |
| 11/30/2018 | 2.52 |
| 12/03/2018 | 2.56 |
| 12/04/2018 | 2.58 |
| 12/06/2018 | 2.56 |
| 12/07/2018 | 2.54 |
| 12/10/2018 | 2.54 |
| 12/11/2018 | 2.55 |
| 12/12/2018 | 2.56 |
| 12/13/2018 | 2.56 |
| 12/14/2018 | 2.56 |
| 12/17/2018 | 2.54 |
| 12/18/2018 | 2.53 |
| 12/19/2018 | 2.54 |
| 12/20/2018 | 2.55 |
| 12/21/2018 | 2.54 |
| 12/24/2018 | 2.52 |
| 12/26/2018 | 2.54 |
| 12/27/2018 | 2.49 |
| 12/28/2018 | 2.48 |
| 12/31/2018 | 2.56 |
| 01/02/2019 | 2.51 |
| 01/03/2019 | 2.47 |
| 01/04/2019 | 2.51 |
| 01/07/2019 | 2.54 |
| 01/08/2019 | 2.54 |
| 01/09/2019 | 2.52 |
| 01/10/2019 | 2.51 |
| 01/11/2019 | 2.50 |
| 01/14/2019 | 2.52 |
| 01/15/2019 | 2.52 |
| 01/16/2019 | 2.49 |
| 01/17/2019 | 2.50 |
| 01/18/2019 | 2.50 |
| 01/22/2019 | 2.51 |
| 01/23/2019 | 2.51 |
| 01/24/2019 | 2.50 |
| 01/25/2019 | 2.51 |
| 01/28/2019 | 2.51 |
| 01/29/2019 | 2.51 |
| 01/30/2019 | 2.50 |
| 01/31/2019 | 2.46 |
| 02/01/2019 | 2.46 |
| 02/04/2019 | 2.49 |
| 02/05/2019 | 2.50 |
| 02/06/2019 | 2.50 |
| 02/07/2019 | 2.49 |
| 02/08/2019 | 2.49 |
| 02/11/2019 | 2.51 |
| 02/12/2019 | 2.50 |
| 02/13/2019 | 2.51 |
| 02/14/2019 | 2.51 |
| 02/15/2019 | 2.50 |
| 02/19/2019 | 2.52 |
| 02/20/2019 | 2.51 |
| 02/21/2019 | 2.51 |
| 02/22/2019 | 2.51 |
| 02/25/2019 | 2.51 |
| 02/26/2019 | 2.51 |
| 02/27/2019 | 2.52 |
| 02/28/2019 | 2.50 |
| 03/01/2019 | 2.52 |
| 03/04/2019 | 2.54 |
| 03/05/2019 | 2.53 |
| 03/06/2019 | 2.53 |
| 03/07/2019 | 2.52 |
| 03/08/2019 | 2.52 |
| 03/11/2019 | 2.54 |
| 03/12/2019 | 2.53 |
| 03/13/2019 | 2.53 |
| 03/14/2019 | 2.52 |
| 03/15/2019 | 2.52 |
| 03/18/2019 | 2.51 |
| 03/19/2019 | 2.52 |
| 03/20/2019 | 2.49 |
| 03/21/2019 | 2.50 |
| 03/22/2019 | 2.48 |
| 03/25/2019 | 2.49 |
| 03/26/2019 | 2.49 |
| 03/27/2019 | 2.46 |
| 03/28/2019 | 2.44 |
| 03/29/2019 | 2.44 |
| 04/01/2019 | 2.46 |

**Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela, ICSID Case No. ARB/12/1**
Application of the Tribunal's Award

**Federal Reserve - Treasury Yields**

| Date | Yield |
|---|---|
| 04/02/2019 | 2.45 |
| 04/03/2019 | 2.45 |
| 04/04/2019 | 2.46 |
| 04/05/2019 | 2.46 |
| 04/08/2019 | 2.48 |
| 04/09/2019 | 2.46 |
| 04/10/2019 | 2.46 |
| 04/11/2019 | 2.46 |
| 04/12/2019 | 2.47 |
| 04/15/2019 | 2.46 |
| 04/16/2019 | 2.47 |
| 04/17/2019 | 2.47 |
| 04/18/2019 | 2.47 |

Source:
Federal Reserve Board, 6-Month Treasury
Constant Maturity Rate (series DGS6MO)
Available at https://fred.stlouisfed.org/series/DGS6MO