# EXHIBIT 4

iShip Track - Track Packages

# SHIPPING TOOLS

## Your Tracking Information

English (US) ▼

| | |
|---|---|
| **Shipment ID:** | MA7UX487H8U9F |
| **Number of Packages:** | 2 pkgs |

Click on the PackageID to view the status of each package.

| | | |
|---|---|---|
| Pkg 1 | DELIVERED | MA7UX484M5KCX |
| **Pkg 2** | **DELIVERED** | **MA7UX48UUMJBV** |

| | |
|---|---|
| **Status: (Package 2)** | DELIVERED |
| **Delivered To:** | CARACAS, VE |
| **Delivery Date:** | Thu 27 Dec 2018 |
| **Delivery Location:** | Mail Room |
| **Signed By:** | I RUIZ |
| **Carrier:** | UPS |
| **Service:** | Worldwide Express Saver |
| **UPS Tracking Number:** | 1Z17704E0478811868 |

**Scan History:**

| Date | Time | Event |
|---|---|---|
| Thu 27 Dec 2018 | 12:39 PM | Delivered CARACAS VE |
| | 6:14 AM | Destination Scan Caracas VE |
| Wed 26 Dec 2018 | 6:34 PM | Departure Scan Caracas VE |
| | 9:20 AM | Arrival Scan Caracas VE |
| Thu 20 Dec 2018 | 9:57 AM | Departure Scan Miami FL US |
| Wed 19 Dec 2018 | 12:43 PM | A flight cancelation has delayed delivery. We're updating plans to deliver your package as quickly as possible. / Your package was released by the clearing agency. |
| | 12:32 PM | A flight cancelation has delayed delivery. We're updating plans to deliver your package as quickly as possible. Miami FL US |
| Tue 18 Dec 2018 | 11:36 AM | Export Scan Miami FL US |
| Sun 16 Dec 2018 | 7:12 PM | Export Scan Miami FL US |
| | 3:21 AM | Arrival Scan Miami FL US |
| | 1:11 AM | Departure Scan Louisville KY US |
| Sat 15 Dec 2018 | 10:27 AM | Arrival Scan Louisville KY US |
| | 8:19 AM | Departure Scan Newark NJ US |
| Fri 14 Dec 2018 | 11:15 PM | Arrival Scan Newark NJ US |
| | 10:57 PM | Departure Scan New York NY US |
| | 10:24 PM | Origin Scan New York NY US |
| | 8:47 PM | Pickup Scan New York NY US |
| | 8:23 PM | Order Processed: Ready for UPS US |

**NOTE:** The times listed in the scan details are local time.

Done

## Track Another Package

**Carrier Tracking Number / iShip ID:**

Submit

Tracking provided for

   

Learn More        Having trouble? Click here for help.      iShip, Inc. Privacy Notice

© 1998 - 2019 iShip, Inc. iShip, the iShip logo, Price It, Track It, Sell It, and Shipping Insight are trademarks of iShip, Inc. iShip, Inc. is a subsidiary of United Parcel Service of America, Inc. Logo and marks used by permission. All rights reserved