# EXHIBIT 6

# AUTHORITY

## Venezuela - Central Authority & practical information

**Central Authority(ies):**

*Ministerio del Poder Popular Para Relaciones Exteriores*
(Ministry of Popular Power for Foreign Affairs)

| Contact details: | |
|---|---|
| Address: | Ministerio del Poder Popular para Relaciones Exteriores<br>Oficina de Relaciones Consulares<br>(Ministry of People's Power of Foreign Affairs<br>Office of Consular Affairs)<br>Avenida Urdaneta<br>Esquina Carmelitas a Puente Llaguno<br>Torre Anexo a Torre MRE Piso 1<br>Caracas, 1010<br>República Bolivariana de Venezuela |
| Telephone: | +58 (0) 212 806 4449/802-800, Ext. 6701-6704-6709-6713 |
| Fax: | - |
| E-mail: | relaciones.consulares@mppre.gob.ve<br>exhortos.rogatorias@mppre.gob.ve |
| General website: | http://www.mppre.gob.ve/ |

| Contact persons: | • Eulalia Tabares Roldán<br>Directora General de la Oficina de Relaciones Consulares<br>Director-General of the Office of Consular Affairs<br>Telephone: +58 (212) 8064449 / 802-8000 Ext. 6701-6713<br>E-mail: eulalia.tabares@mppre.gob.ve |
|---|---|
| | • Eudys Javier Almeida Gaona<br>Director del Servicio Consular Extranjero<br>Director of Foreign Consular Service<br>Telephone: +58 (212) 8064449 / 802-8000 Ext. 6713<br>E-mail: eudys.almeida831@mppre.gob.ve |
| | • Gradiska Puglisi<br>Coordinadora Jurídica Internacional<br>International Legal Coordinator<br>Telephone: +58 (212) 8064449 / 802-8000 Ext. 6707-6704<br>E-mail: gradiska.puglisi213@mppre.gob.ve<br>Language: Spanish and English |
| | • Darío Márquez (Analyst)<br>E-mail: dario.marquez@mppregob.ve |
| | • Osmel García (Analyst)<br>E-mail: osmel.garcia@mppre.gob.ve<br>Telephone: +58 (212) 8064449 / 802-8000 Ext. 6709 |
| Languages spoken by staff: | Spanish, English |

| **Practical Information:**<br>*(The following information was provided by the relevant State authorities or was obtained from the replies to the 2003 Service Convention Questionnaire)* | |
|---|---|
| Forwarding authorities<br>(Art. 3(1)): | The Central Authority (Bureau of Consular Relations) |
| Methods of service<br>(Art. 5(1)(2)): | The methods prescribed by our domestic law. Once the service has been performed the documents are sent back to the Central Authority of the requesting State by Diplomatic Channels. |
| Translation requirements<br>(Art. 5(3)): | The Bolivarian Republic of Venezuela shall not accept documents to be served or transmitted unless they are accompanied by a corresponding translation into the Spanish language. |
| Costs relating to execution of the request for service<br>(Art. 12): | It has no costs. |
| Time for execution of request: | Venezuelan legislation does not establish a period of time for services to be made. |

HCCH | Authority

| | |
|---|---|
| Oppositions and declarations (Art. 21(2)): | Click here to read all the declarations and reservations made by Venezuela under this Convention |
| Art. 8(2): | Opposition |
| Art. 10(a): | Opposition |
| Art. 10(b): | No opposition |
| Art. 10(c): | No opposition |
| Art. 15(2): | Declaration of applicability |
| Art. 16(3): | Declaration of applicability |
| Derogatory channels (bilateral or multilateral agreements or internal law permitting other transmission channels) (Arts. 11, 19, 24 and 25) <br><br> **Disclaimer:** <br> *Information may not be complete or fully updated – please contact the relevant authorities to verify this information.* | See www.oas.org <br><br> - Inter-American Convention on Letters Rogatory (Panama City, 13 January 1975). <br> - Additional Protocol to the Inter-American Convention on Letters Rogatory (Montevideo, 8 May 1979) |
| Useful links: | |

(This page was last updated on 8 October 2018)

This page was last updated on: 08 October 2018

## Conventions (incl. Protocols and Principles)

Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters [14]