## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

Plaintiff,

v.

BOLIVARIAN REPUBLIC OF
VENEZUELA; PETRÓLEOS DE
VENEZUELA, S.A.,

Respondents.

Civil Action No.: 1:18-cv-01963-LPS

## [PROPOSED] ORDER

Upon due consideration of the Motion for Entry of Default Judgment filed by Plaintiff

Saint-Gobain Performance Plastics Europe ("Saint-Gobain" or "Plaintiff"),

THE COURT CONCLUDES:

1.      This Court has jurisdiction over this matter and Defendants Bolivarian Republic

of Venezuela ("Venezuela") and its alter ego, Petróleos De Venezuela, S.A. ("PDVSA")

(collectively, "Defendants"), pursuant to 28 U.S.C. § 1650a and 28 U.S.C. §§ 1330(a) and

1605(a)(1), (6);

2.      The summons and complaint in this action were properly served on Venezuela

and its alter-ego PDVSA no later than December 27, 2018; the filing deadline for Venezuela's

and PDVSA's answer or response to the complaint was February 25, 2019; and Venezuela and

PDVSA have not appeared in this action or filed an answer or other response to the complaint

within that time; and

3.      Saint-Gobain has established its claim or right to relief by evidence satisfactory to

the Court under 28 U.S.C. § 1608(e).

1

DOCS_DE:224288.1 76899/001

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

A.     The pecuniary obligations the Award in favor of Saint-Gobain and against Venezuela are recognized, entered, and recorded as a judgment by the Clerk of Court in the same manner and with the same force and effect as if the Award were a final judgment of a court of general jurisdiction of one of the United States; and

B.     In accordance with the pecuniary obligations of the Award, Venezuela and its alter ego, PDVSA, shall pay to Saint-Gobain an amount equal to the pecuniary obligations of the Award (calculated at US$ 43, 236,008.09 as of June 24, 2019), and comprising:

   a.  US$ 29.6 million as the principal amount of compensation for the expropriation of Saint-Gobain's investment in Venezuela; plus US$ 4.8 million as pre-award interest from May 15, 2010 through March 31, 2017, with further pre-award interest through November 3, 2017 in the amount of US$ 542,189.80, and post-award interest rate of 2% over the average 6-month U.S. Treasury bill rate, compounded annually (equal to US$ 1,962,434.43 as of June 24, 2019); and

   b.  US$ 1,303,189.99 as the costs of the arbitration; and US$ 4,634,532.05 representing two-thirds of Saint-Gobain's legal fees and expenses, both subject to post-award interest through the date of satisfaction of the Award at a rate of 2% over the average 6-month U.S. Treasury bill rate, compounded annually (equal to US$ 393,661.83 as of June 24, 2019).

Dated: _____, 2019

_____
HON. LEONARD P. STARK

2