## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.,<br><br>　　　　　　Defendants. | Civil Action No. 1:18-cv-01963-LPS<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned has been retained as counsel for Defendant Petróleos de Venezuela, S.A. in the above-captioned action and requests that copies of all pleadings, notices, orders, and other filings be sent to the undersigned at the address indicated below.

I certify that I am admitted to practice in this Court.

Dated: July 8, 2019

Respectfully submitted,

By:  /s/ Scott R. Haiber
　　　Scott R. Haiber (DE ID 2995)
　　　Hogan Lovells US LLP
　　　100 International Drive, Suite 2000
　　　Baltimore, MD 21202
　　　Tel: (410) 659-2700
　　　Fax: (410) 659-2701
　　　scott.haiber@hoganlovells.com

*Counsel for Defendant Petróleos de Venezuela, S.A.*