**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.,<br><br>Defendants. | Civil Action No. 1:18-cv-01963-LPS |

**MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robin L. Muir, Hogan Lovells US LLP, 390 Madison Avenue, New York, New York, 10017, to represent defendant *Petróleos de Venezuela, S.A.* in the above-captioned matter.

Dated: August 2, 2019

/s/ Scott R. Haiber
Scott R. Haiber (DE ID 2995)
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
(410) 659-2700
scott.haiber@hoganlovells.com
*Counsel for Defendant*
*Petróleos de Venezuela, S.A.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of this motion.

Dated: August 2, 2019

/s/ Robin L. Muir
Robin L. Muir
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
robin.muir@hoganlovells.com