**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>               Plaintiff,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.,<br><br>               Defendants. | Civil Action No. 1:18-cv-01963-LPS |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that A. Thompson Bayliss of Abrams & Bayliss LLP hereby enters his appearance in the above-captioned action on behalf of defendant Bolivarian Republic of Venezuela.  This Entry of Appearance is made without prejudice to any motion, objection, argument, or defense of the aforementioned.

Respectfully submitted,

 /s/ A. Thompson Bayliss
A. Thompson Bayliss (#4379)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
bayliss@abramsbayliss.com

Dated: August 7, 2019

*Attorneys for Defendant Bolivarian Republic of Venezuela*