**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE, <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A., <br><br> Defendants. | Civil Action No. 1:18-cv-01963-LPS |

**MOTION FOR ADMISSION PRO HAC VICE OF KENT A. YALOWITZ, E. WHITNEY DEBEVOISE II, SALLY L. PEI, STEPHEN K. WIRTH, AND AVISHAI D. DON**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Kent A. Yalowitz of Arnold & Porter Kaye Scholer LLP, 250 West 55th Street,

New York, New York, and E. Whitney Debevoise II, Sally L. Pei, Stephen K. Wirth, and Avishai

D. Don of Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Avenue, NW, Washington,

D.C., to represent defendant Bolivarian Republic of Venezuela in this matter.

Respectfully submitted,

 */s/ A. Thompson Bayliss*
A. Thompson Bayliss (#4379)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
bayliss@abramsbayliss.com

Dated: August 7, 2019

*Attorneys for Defendant Bolivarian Republic of Venezuela*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Kent A.

Yalowitz, E. Whitney Debevoise II, Sally L. Pei, Stephen K. Wirth, and Avishai D. Don is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Kent A. Yalowitz, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Supreme Court of the United States; the Courts of Appeals for the Second Circuit, Third Circuit, Eighth Circuit, Eleventh Circuit, District of Columbia Circuit, and Federal Circuit; the District Courts for the Eastern District of New York and the Southern District of New York; the Court of Federal Claims, the Tax Court, and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 7, 2019

Kent A. Yalowitz
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I, E. Whitney Debevoise II, certify that I am eligible for

admission to this Court, am admitted, practicing and in good standing as a member of the Bar of

the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of

this Court for any alleged misconduct which occurs in the preparation or course of this action. I

also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing

Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will

be submitted to the Clerk's Office upon the filing of this motion.

Date: August 7, 2019

E. Whitney Debevoise II
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Sally L. Pei, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Supreme Court of the United States; the Courts of Appeals for the First Circuit, Third Circuit, Fifth Circuit, Sixth Circuit, Seventh Circuit, Ninth Circuit, District of Columbia Circuit, and Federal Circuit; the District Courts for the District of Columbia and the Southern District of California; the District of Columbia; and the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 7, 2019

Sally L. Pei
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Stephen K. Wirth, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Supreme Court of the United States; the Courts of Appeals for the Second Circuit, Third Circuit, Fourth Circuit, Sixth Circuit, Seventh Circuit, Ninth Circuit, and the District of Columbia Circuit; the District Courts for the District of Columbia and the Southern District of New York; the District of Columbia; and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 7, 2019

Stephen K. Wirth
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Avishai D. Don, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 7, 2019

Avishai D. Don
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743