# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>            Plaintiff,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.,<br><br>            Defendants. | Civil Action No.: 1:18-cv-01963-LPS<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Saint-Gobain Performance Plastics Europe, Defendant Bolivarian Republic of Venezuela, and Defendant Petróleos de Venezuela, S.A., that due to the oppositions filed by each of the Defendants (ECF Nos. 16, 18) in this case, the reply to be filed by Plaintiff shall not exceed a total of fifteen (15) pages, exclusive of any table of contents or table of citations.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed electronically and in counterparts.

Date: August 13, 2019

HOGAN LOVELLS US LLP

By: /s/ Scott R. Haiber
Scott R. Haiber (DE ID 2995)
100 International Drive, Suite 2000
Baltimore, MD 21202
(410) 659-2700
scott.haiber@hoganlovells.com

*Counsel for Defendant Petróleos de Venezuela, S.A.*

Date: August 13, 2019

ARNOLD & PORTER

By: /s/ Kent A. Yalowitz
Kent A. Yalowitz
250 West 55th Street
New York, NY 10019
(212) 836-8344
kent.yalowitz@arnoldporter.com

*Counsel for Defendant Bolivarian Republic of Venezuela*

1

DOCS_DE:224924.1 76899/001

Date: August 13, 2019

PACHULSKI STANG ZIEHL & JONES
LLP

By: /s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
 (302) 652-4100
ljones@pszjlaw.com
pkeane@pszjlaw.com

ALSTON & BIRD LLP
Alex Yanos, *pro hac vice*
Carlos Ramos-Mrosovsky, *pro hac vice*
Rajat Rana, *pro hac vice*
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
alex.yanos@alston.com
carlos.ramos-mrosovsky@alston.com
rajat.rana@alston.com

 *Counsel for Plaintiff Saint-Gobain*
*Performance Plastics Europe*


                          SO ORDERED this _____ day of _____, 2019


                          _____

                                              Judge Leonard P. Stark, U.S.D.J.


2