**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.,<br><br>Defendants. | Civil Action No. 1:18-cv-01963-LPS |

**DEFENDANT PETRÓLEOS DE VENEZUELA, S.A.'S REQUEST FOR ORAL
ARGUMENT**

Pursuant to District of Delaware Local Rule 7.1.4, Defendant Petróleos de Venezuela, S.A. ("PDVSA"), by and through its undersigned counsel, respectfully requests oral argument on Plaintiff Saint-Gobain Performance Plastics Europe's Motion for Default Judgment (Dkt. No. 11). The motion addresses important issues under the Foreign Sovereign Immunities Act and the Hague Service Convention and is determinative of PDVSA's opportunity to defend itself on the merits against a claim in excess of $42,000,000.

Dated: August 21, 2019

                                       Respectfully submitted,

                                       HOGAN LOVELLS US LLLP

By:  /s/ Scott R. Haiber
       Scott R. Haiber (DE ID 2995)
       100 International Drive, Suite 2000
       Baltimore, MD 21202
       (410) 659-2700
       scott.haiber@hoganlovells.com

       Dennis H. Tracey, III (pro hac vice)
       Robin L. Muir (pro hac vice)
       390 Madison Avenue
       New York, New York 10017
       (212) 918-3000
       dennis.tracey@hoganlovells.com
       robin.muir@hoganlovells.com

       *Counsel for Defendant Petróleos de Venezuela, S.A.*