**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>    Plaintiff,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.,<br><br>    Defendants. | Civil Action No. 1:18-cv-01963-LPS |

**REQUEST OF THE BOLIVARIAN REPUBLIC OF VENEZUELA
<u>FOR ORAL ARGUMENT</u>**

Pursuant to District of Delaware Local Rule 7.1.4, Defendant Bolivarian Republic of Venezuela ("Venezuela"), by and through its undersigned counsel, respectfully requests oral argument on Plaintiff's Motion for Default Judgment (D.I. 11) and Venezuela's Motion to Vacate Default (D.I. 18). The case raises important issues under the Foreign Sovereign Immunities Act and applicable treaties and implicates important foreign policy interests of the United States.

With the filing of Venezuela's Reply in Support of Its Motion to Vacate Default, the parties have concluded briefing on these motions.

{A&B-00427067}

OF COUNSEL:

Kent A. Yalowitz
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
Kent.yalowitz@arnoldporter.com

E. Whitney Debevoise
Sally L. Pei
Stephen K. Wirth
Avishai D. Don
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
Whitney.debevoise@arnoldporter.com
Sally.pei@arnoldporter.com
Stephen.wirth@arnoldporter.com
Avishai.don@arnoldporter.com

Dated:  August 21, 2019

/s/ A. Thompson Bayliss
A. Thompson Bayliss (#4379)
ABRAMS & BAYLISS LLP
20 Montchanin Rd., Suite 200
Wilmington, DE 19807
Telephone: (302) 778-1000
Facsimile:  (302) 778-1001
bayliss@abramsbayliss.com

*Counsel for the Bolivarian Republic of
Venezuela*