## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

       Plaintiff,

    v.

BOLIVARIAN REPUBLIC OF
VENEZUELA; PETRÓLEOS DE
VENEZUELA, S.A.,

       Respondents.

Civil Action No.: 1:18-cv-01963-LPS

## SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE'S
## MOTION TO AUTHORIZE FILING OF SURREPLY

Pursuant to Local Rule 7.1.2(b), Plaintiff Saint-Gobain Performance Plastics Europe ("Saint-Gobain") moves (this "Motion") for entry of an order authorizing the filing of a short, five-page surreply (the "Surreply") to the reply brief [D.I. 23] filed by the Bolivarian Republic of Venezuela ("Venezuela") and its alter-ego Petróleos de Venezuela S.A. ("PDVSA") (collectively "Defendants") relating to Saint-Gobain's motion for default judgment [D.I. 11].  In support of this Motion, Plaintiff submits as follows:

1.      Local Rule 7.1.2(b) provides that after a reply is filed, "[e]xcept for the citation of subsequent authorities, no additional papers shall be filed absent Court approval."

2.      By stipulation among the parties, the Defendants filed their Answering Briefs in opposition to Saint-Gobain's Motion for a Default Judgment on August 7, 2019 [D.I. 16, 18].

3.      On August 14, 2019, Saint-Gobain filed its Reply to both answering briefs.

4.      On August 21, 2019, Defendant Venezuela filed a further Reply in Support of its Cross-Motion to Vacate the Default [D.I. 23].  Because no separate Cross-Motion was filed,

DOCS_DE:225122.2 76899/001

Venezuela's Reply appears on the Court's electronic docket as "REPLY BRIEF re 11 MOTION for Default Judgment." D.I. 11 is in fact Saint-Gobain's Motion for Default Judgment.

5.      Consistent with Local Rule 7.1.1, counsel for Saint-Gobain requested Venezuela's and PDVSA's consent to Saint-Gobain's filing of a 5-page Surreply. Venezuela was not willing to consent without first reviewing Saint-Gobain's proposed Surreply. PDVSA refused to consent to the filing of a Surreply.

6.      Plaintiff accordingly moves for leave to file the Surreply because: (a) collectively, the Defendants' Answering Briefs and Reply [D.I. 16, 18, and 23] cover 45 pages to which Plaintiff has otherwise submitted single 15-page brief [D.I. 21]; (b) Defendants' responses and replies, including Venezuela's most recent Reply at D.I. 23 were premised on a cross-motion to vacate the Clerk's entry of default that was never filed separately on the docket; and (c) Venezuela has raised arguments in its Reply, in particular the assertion that Plaintiff "improperly conflates two provisions of the FSIA" (D.I. 23, at 2) for the first time in its Reply.

7.      Saint-Gobain submits that the filing of its Surreply will assist the Court in consideration of the issues raised by the parties in their papers and will not prejudice the Defendants.

8.      Saint-Gobain's proposed Surreply is attached hereto as Exhibit B.
For the foregoing reasons, Saint-Gobain respectfully requests that the Court enter the order attached as Exhibit A permitting the filing of the Surreply.

2

Dated: August 27, 2019

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (Bar No. 2436)
Peter J. Keane (Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
ljones@pszjlaw.com
pkeane@pszjlaw.com

ALSTON & BIRD LLP
Alex Yanos, *pro hac vice*
Carlos Ramos-Mrosovsky, *pro hac vice*
Rajat Rana, *pro hac vice*
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
alex.yanos@alston.com
carlos.ramos-mrosovsky@alston.com
rajat.rana@alston.com

*Counsel for Plaintiff Saint-Gobain Performance Plastics Europe*

3

DOCS_DE:225122.2 76899/001