## Exhibit A

## Proposed Order

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

        Plaintiff,

    v.

BOLIVARIAN REPUBLIC OF
VENEZUELA; PETRÓLEOS DE
VENEZUELA, S.A.,

        Respondents.

Civil Action No.: 1:18-cv-01963-LPS

**ORDER AUTHORIZING PLAINTIFF SAINT-GOBAIN PERFORMANCE PLASTICS
EUROPE TO FILE SURREPLY**

Upon due consideration of Plaintiff Saint-Gobain Performance Plastics Europe's Motion

to Authorize Filing of Surreply, IT IS HEREBY ORDERED THAT:

1.      The Plaintiff is authorized to file the Surreply.


Dated: _____, 2019

_____
HON. LEONARD P. STARK

DOCS_DE:225122.2 76899/001