**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.,<br><br>Defendants. | Civil Action No. 1:18-cv-01963-LPS |

**OPPOSITION OF THE BOLIVARIAN REPUBLIC OF VENEZUELA**
**TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY**

On August 21, 2019, the Bolivarian Republic of Venezuela filed its reply in support of its cross-motion to vacate the clerk's default.  D.I. 23.  With that filing, briefing on Plaintiff's motion for default judgment (D.I. 11) and the Republic's cross-motion (D.I. 18) was complete.  *See* Local Rule 7.1.2(b).

Plaintiff now seeks leave to file a surreply.  D.I. 25.  The Republic opposes Plaintiff's request.  The Republic raised no new arguments in its reply, and all parties had ample opportunity to address the issues raised by Plaintiff's motion for default and the Republic's cross-motion in their previous submissions.  *See Novartis AG v. Actavis, Inc.*, 243 F. Supp. 3d 534, 540 (D. Del. 2017) ("The Court may grant leave to file a surreply if it responds to new evidence, facts, or arguments."); *St. Clair Intellectual Prop. Consultants, Inc. v. Samsung Elecs. Co.*, 291 F.R.D. 75, 80 (D. Del. 2013).  Further briefing is unnecessary.

{A&B-00622604}

OF COUNSEL:

Kent A. Yalowitz (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
Kent.yalowitz@arnoldporter.com

E. Whitney Debevoise (admitted *pro hac vice*)
Sally L. Pei (admitted *pro hac vice*)
Stephen K. Wirth (admitted *pro hac vice*)
Avishai D. Don (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
Whitney.debevoise@arnoldporter.com
Sally.pei@arnoldporter.com
Stephen.wirth@arnoldporter.com
Avishai.don@arnoldporter.com

Dated:  August 28, 2019

*/s/ A. Thompson Bayliss*

A. Thompson Bayliss (#4379)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Telephone: (302) 778-1000
Facsimile: (302) 778-1001
bayliss@abramsbayliss.com

*Counsel for the Bolivarian Republic of Venezuela*