# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:18−cv−01963−LPS

| | |
|---|---|
| Saint−Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela et al | Date Filed: 12/12/2018 |
| Assigned to: Judge Leonard P. Stark | Date Terminated: 01/15/2020 |
| Demand: $42,342,000 | Jury Demand: None |
| Related Cases:   1:17−mc−00151−LPS | Nature of Suit: 450 Commerce ICC Rates, Etc. |
| 1:18−mc−00343−LPS | Jurisdiction: Federal Question |

Cause: 09:207 Confirm Arbitral Award

**Plaintiff**

**Saint−Gobain Performance Plastics Europe**            represented by    **Laura Davis Jones**
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899−8705
(302) 652−4100
Email: ljones@pszjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander A. Yanos**
Email: alex.yanos@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carlos Ramos−Mrosovsky**
Email: carlos.ramos−mrosovsky@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter James Keane**
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899−8705
302−652−4100
Fax: 302−652−4400
Email: pkeane@pszjlaw.com
*ATTORNEY TO BE NOTICED*

**Rajat Rana**
Email: rajat.rana@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bolivarian Republic of Venezuela**                    represented by   **A. Thompson Bayliss**
                                                                        Abrams & Bayliss LLP
                                                                        20 Montchanin Road
                                                                        Suite 200
                                                                        Wilmington, DE 19807
                                                                        (302) 778−1033
                                                                        Fax: (302) 778−1001
                                                                        Email: bayliss@abramsbayliss.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Avishai Don**
                                                                        Email: avishai.don@arnoldporter.com
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **E. Whitney Debevoise , II**
                                                                        Email: whitney.debevoise@arnoldporter.com
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Kent A. Yalowitz**
                                                                        Email: Kent.yalowitz@arnoldporter.com
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Sally Pei**
                                                                        Email: sally.pei@arnoldporter.com
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Stephen K. Wirth**
                                                                        Email: Stephen.Wirth@arnoldporter.com
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Petroleos de Venezuela, S.A.**                        represented by   **Scott R. Haiber**
*TERMINATED: 12/12/2019*                                                 Hogan Lovells US LLP
                                                                        100 International Drive, Suite 2000
                                                                        Baltimore, MD 21202
                                                                        (410) 659−2776
                                                                        Fax: (410) 659−2701
                                                                        Email: scott.haiber@hoganlovells.com
                                                                        *TERMINATED: 12/12/2019*
                                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/12/2018 | Ï 1 | COMPLAINT to Register and Enforce ICSID Arbitration Award as a Foreign Judgment filed against Bolivarian Republic of Venezuela, Petroleos de Venezuela, S.A. − Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311−2523429.) − filed by Saint−Gobain Performance Plastics Europe. (Attachments: # 1 Civil Cover Sheet)(nmg) (Entered: 12/13/2018) |

| 12/12/2018 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (nmg) (Entered: 12/13/2018) |
|---|---|---|
| 12/13/2018 | Ï | No Summons Issued. (nmg) (Entered: 12/13/2018) |
| 12/13/2018 | Ï 3 | DECLARATION re 1 Complaint, *of Alexander A. Yanos In Support of Complaint to Register and Enforce ICSID Arbitration Award as a Foreign Judgment* by Saint−Gobain Performance Plastics Europe. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Jones, Laura) (Entered: 12/13/2018) |
| 12/13/2018 | Ï 4 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Compagnie de Saint−Gobain, Corporate Parent Societe de Participations Financieres et Industrielles for Saint−Gobain Performance Plastics Europe filed by Saint−Gobain Performance Plastics Europe. (Jones, Laura) (Entered: 12/13/2018) |
| 12/13/2018 | Ï | Summons Issued with Magistrate Consent Notice attached as to Bolivarian Republic of Venezuela on 12/13/2018; Petroleos de Venezuela, S.A. on 12/13/2018. (nmg) (Entered: 12/13/2018) |
| 12/13/2018 | Ï 5 | MOTION for Pro Hac Vice Appearance of Attorney Alexander A. Yanos − filed by Saint−Gobain Performance Plastics Europe. (Jones, Laura) (Entered: 12/13/2018) |
| 12/13/2018 | Ï 6 | MOTION for Pro Hac Vice Appearance of Attorney Carlos Ramos−Mrosovsky − filed by Saint−Gobain Performance Plastics Europe. (Jones, Laura) (Entered: 12/13/2018) |
| 12/13/2018 | Ï 7 | MOTION for Pro Hac Vice Appearance of Attorney Rajat Rana − filed by Saint−Gobain Performance Plastics Europe. (Jones, Laura) (Entered: 12/13/2018) |
| 12/19/2018 | Ï | Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. Associated Cases: 1:18−mc−00343−LPS, 1:18−cv−01963−LPS (rjb) (Entered: 12/19/2018) |
| 12/20/2018 | Ï | SO ORDERED, re 6 MOTION for Pro Hac Vice Appearance of Attorney Carlos Ramos−Mrosovsky filed by Saint−Gobain Performance Plastics Europe, 7 MOTION for Pro Hac Vice Appearance of Attorney Rajat Rana filed by Saint−Gobain Performance Plastics Europe, 5 MOTION for Pro Hac Vice Appearance of Attorney Alexander A. Yanos filed by Saint−Gobain Performance Plastics Europe. Signed by Judge Leonard P. Stark on 12/20/18. (ntl) (Entered: 12/20/2018) |
| 12/26/2018 | Ï | Pro Hac Vice Attorney Alexander A. Yanos, Carlos Ramos−Mrosovsky, and Rajat Rana for Saint−Gobain Performance Plastics Europe added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (ceg) (Entered: 12/26/2018) |
| 04/24/2019 | Ï 8 | REQUEST for Default as to Bolivarian Republic of Venezuela, Petroleos de Venezuela, S.A. − filed by Saint−Gobain Performance Plastics Europe. (Keane, Peter) (Entered: 04/24/2019) |
| 04/24/2019 | Ï 9 | DECLARATION re 8 REQUEST for Default as to Bolivarian Republic of Venezuela, Petroleos de Venezuela, S.A. *of Alexander A. Yanos* by Saint−Gobain Performance Plastics Europe. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Keane, Peter) (Entered: 04/24/2019) |
| 06/12/2019 | Ï 10 | Clerk's ENTRY OF DEFAULT as to Bolivarian Republic of Venezuela, Petroleos de Venezuela, S.A. − Re: 8 Request for Default filed by Saint−Gobain Performance Plastics Europe. (ntl) (Entered: 06/12/2019) |
| 06/24/2019 | Ï 11 | MOTION for Default Judgment as to All Defendants − filed by Saint−Gobain Performance Plastics Europe. (Attachments: # 1 Proposed Order, # 2 Declaration)(Jones, Laura) (Entered: 06/24/2019) |

| 07/08/2019 | 12 | NOTICE of Appearance by Scott R. Haiber on behalf of Petroleos de Venezuela, S.A. (Haiber, Scott) (Entered: 07/08/2019) |
|---|---|---|
| 07/08/2019 | 13 | STIPULATION the time for Defendants to oppose or otherwise respond to Plaintiffs motion for a default judgment ( To Be So Ordered) re 11 MOTION for Default Judgment as to All Defendants by Petroleos de Venezuela, S.A.. (Haiber, Scott) (Entered: 07/08/2019) |
| 07/08/2019 | Ï | SO ORDERED, re 13 STIPULATION to Extend the time for Defendants to oppose or otherwise respond to Plaintiffs motion for a default judgment. Signed by Judge Leonard P. Stark on 7/8/19. (ntl) (Entered: 07/08/2019) |
| 08/02/2019 | 14 | MOTION for Pro Hac Vice Appearance of Attorney Dennis H. Tracey, III – filed by Petroleos de Venezuela, S.A.. (Haiber, Scott) (Entered: 08/02/2019) |
| 08/02/2019 | 15 | MOTION for Pro Hac Vice Appearance of Attorney Robin L. Muir – filed by Petroleos de Venezuela, S.A.. (Haiber, Scott) (Entered: 08/02/2019) |
| 08/05/2019 | Ï | SO ORDERED, re 14 MOTION for Pro Hac Vice Appearance of Attorney Dennis H. Tracey, III filed by Petroleos de Venezuela, S.A., 15 MOTION for Pro Hac Vice Appearance of Attorney Robin L. Muir filed by Petroleos de Venezuela, S.A. Signed by Judge Leonard P. Stark on 8/5/19. (ntl) (Entered: 08/05/2019) |
| 08/07/2019 | 16 | ANSWERING BRIEF in Opposition re 11 MOTION for Default Judgment as to All Defendants filed by Petroleos de Venezuela, S.A..Reply Brief due date per Local Rules is 8/14/2019. (Haiber, Scott) (Entered: 08/07/2019) |
| 08/07/2019 | 17 | NOTICE of Appearance by A. Thompson Bayliss on behalf of Bolivarian Republic of Venezuela (Bayliss, A.) (Entered: 08/07/2019) |
| 08/07/2019 | 18 | ANSWERING BRIEF in Opposition re 11 MOTION for Default Judgment as to All Defendants filed by Bolivarian Republic of Venezuela.Reply Brief due date per Local Rules is 8/14/2019. (Bayliss, A.) (Entered: 08/07/2019) |
| 08/07/2019 | 19 | MOTION for Pro Hac Vice Appearance of Attorney Kent A. Yalowitz, E. Whitney Debevoise II, Sally L. Pei, Stephen K. Wirth, and Avishai D. Don – filed by Bolivarian Republic of Venezuela. (Bayliss, A.) (Entered: 08/07/2019) |
| 08/09/2019 | Ï | SO ORDERED, re 19 MOTION for Pro Hac Vice Appearance of Attorney Kent A. Yalowitz, E. Whitney Debevoise II, Sally L. Pei, Stephen K. Wirth, and Avishai D. Don filed by Bolivarian Republic of Venezuela. Signed by Judge Leonard P. Stark on 8/9/19. (ntl) (Entered: 08/09/2019) |
| 08/13/2019 | 20 | STIPULATION Regarding Page Length of Plaintiff's Reply Brief re 16 Answering Brief in Opposition, 18 Answering Brief in Opposition by Saint–Gobain Performance Plastics Europe. (Jones, Laura) (Entered: 08/13/2019) |
| 08/14/2019 | 21 | REPLY BRIEF re 11 MOTION for Default Judgment as to All Defendants filed by Saint–Gobain Performance Plastics Europe. (Keane, Peter) (Entered: 08/14/2019) |
| 08/15/2019 | Ï | SO ORDERED, re 20 Stipulation filed by Saint–Gobain Performance Plastics Europe. Signed by Judge Leonard P. Stark on 8/15/19. (ntl) (Entered: 08/15/2019) |
| 08/16/2019 | Ï | Pro Hac Vice Attorneys Sally Pei, Stephen K. Wirth, Avishai Don for Bolivarian Republic of Venezuela added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (kmd) (Entered: 08/16/2019) |
| 08/19/2019 | Ï | Pro Hac Vice Attorney E. Whitney Debevoise, II for Bolivarian Republic of Venezuela added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users |

| | | of CM/ECF and shall be required to file all papers. (kmd) (Entered: 08/19/2019) |
|---|---|---|
| 08/21/2019 | Ï | Pro Hac Vice Attorney Kent A. Yalowitz for Bolivarian Republic of Venezuela added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (kmd) (Entered: 08/21/2019) |
| 08/21/2019 | 22 | REQUEST for Oral Argument by Petroleos de Venezuela, S.A. re 11 MOTION for Default Judgment as to All Defendants. (Haiber, Scott) (Entered: 08/21/2019) |
| 08/21/2019 | 23 | REPLY BRIEF re 11 MOTION for Default Judgment as to All Defendants filed by Bolivarian Republic of Venezuela. (Bayliss, A.) (Entered: 08/21/2019) |
| 08/21/2019 | 24 | REQUEST for Oral Argument by Bolivarian Republic of Venezuela re 11 MOTION for Default Judgment as to All Defendants. (Bayliss, A.) (Entered: 08/21/2019) |
| 08/27/2019 | 25 | MOTION for Leave to File /Saint−Gobain Performance Plastics Europe's Motion to Authorize Filing of Surreply − filed by Saint−Gobain Performance Plastics Europe. (Attachments: # 1 Exhibit A − Proposed Order, # 2 Exhibit B − Surreply)(Keane, Peter) (Entered: 08/27/2019) |
| 08/28/2019 | 26 | RESPONSE to Motion re 25 MOTION for Leave to File /Saint−Gobain Performance Plastics Europe's Motion to Authorize Filing of Surreply filed by Bolivarian Republic of Venezuela. (Bayliss, A.) (Entered: 08/28/2019) |
| 08/30/2019 | 27 | ORAL ORDER: IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File a Sur−Reply (D.I. 25 ) is GRANTED. Ordered by Judge Leonard P. Stark on 8/30/2019. (etg) (Entered: 08/30/2019) |
| 09/03/2019 | 28 | SUR−REPLY BRIEF re 25 MOTION for Leave to File /Saint−Gobain Performance Plastics Europe's Motion to Authorize Filing of Surreply /Surreply to Venezuela's Reply in Support of Its Cross−Motion to Vacate the Clerk's Default and to Vacate or Transfer the Case filed by Saint−Gobain Performance Plastics Europe. (Keane, Peter) (Entered: 09/03/2019) |
| 09/09/2019 | 29 | ORAL ORDER: IT IS HEREBY ORDERED that the Court will hear oral argument on all pending motions and issues on December 5, 2019 at 2:30 p.m. Each side will be allocated 45 minutes for its presentation. ORDERED by Judge Leonard P. Stark on 9/9/19. (ntl) (Entered: 09/09/2019) |
| 11/06/2019 | 30 | ORAL ORDER: IT IS HEREBY ORDERED that the Court will hold a status conference on Wednesday, November 13, 2019, at 3:00 p.m. in Courtroom 6B in all of the following matters: 1:15−cv−01082−LPS; 1:16−cv−00904−LPS; 1:16−cv−01007−LPS; 1:17−cv−00028−LPS; 1:17−mc−00151−LPS; 1:18−mc−00343−LPS; 1:18−cv−01963−LPS; 1:19−cv−00290−LPS; 1:19−mc−00290−UNA. All parties, all proposed parties, and all potential intervenors are expected to attend. The Court's intent is NOT to hear argument on the pending motions in any of these cases but instead to discuss how and on what schedule the Court should proceed to resolve any and all disputes, if indeed it should proceed at all. ORDERED by Judge Leonard P. Stark on 11/6/19. Associated Cases: 1:15−cv−01082−LPS et al. (ntl) (Entered: 11/06/2019) |
| 11/13/2019 | 31 | ORAL ORDER: IT IS HEREBY ORDERED that the Status Conference today will begin at 4:00 PM. ORDERED by Judge Leonard P. Stark on 11/13/19. Associated Cases: 1:15−cv−01082−LPS et al. (ntl) (Entered: 11/13/2019) |
| 11/13/2019 | Ï | Minute Entry for proceedings held before Judge Leonard P. Stark − Status Conference held on 11/13/2019. (Court Reporter B. Gaffigan.) Associated Cases: 1:15−cv−01082−LPS et al. (ntl) (Entered: 11/18/2019) |
| 11/17/2019 | 32 | Official Transcript of In−Court Status Conference Hearing held on November 13, 2019 before Chief Judge Leonard P. Stark. Court Reporter Brian Gaffigan, Email: Brian_Gaffigan@ded.uscourts.gov. Transcript may be viewed at the court public terminal or ordered/purchased through the Court Reporter before the deadline for Release of Transcript |

| | | |
|---|---|---|
| | | Restriction. After that date, it may be obtained through PACER. Redaction Request due 12/9/2019. Redacted Transcript Deadline set for 12/18/2019. Release of Transcript Restriction set for 2/17/2020. (bpg) (Entered: 11/17/2019) |
| 11/22/2019 | 33 | Letter to The Honorable Leonard P. Stark from A. Thompson Bayliss regarding Supplemental Authority. (Attachments: # 1 Attachment to Letter)(Bayliss, A.) (Entered: 11/22/2019) |
| 11/26/2019 | 34 | Remark: Given recent developments in and affecting these matters – including OFAC's amendments to 31 C.F.R. Part 591 (see Dep't of Treasury, Off. of Foreign Assets Control, Venezuela Sanctions Regulations, 84 Fed. Reg. 64,415 (Nov. 22, 2019)); the Third Circuit's denial of the petitions for rehearing (see Order Sur Pet'n for Reh'g, Nos. 18–2797 & 18–3124 (3d Cir. Nov. 21, 2019)); the Southern District of New York's grant of motions to transfer venue to the District of Columbia to enforce arbitration awards (see Greentech Energy Sys. A/S v. Italian Republic, Case No. 19–cv–04398–LLS, D.I. 23 (S.D.N.Y. Nov. 8, 2019); CEF Energia, B.V. v. Italian Republic, Case No. 19–cv–09153–LLS, D.I. 13 (S.D.N.Y. Nov. 8, 2019)); and the related letters filed in 17–mc–00151–LPS (D.I. 146, 147), 18–cv–01963–LPS (D.I. 33), and 19–mc–00290–LPS (D.I. 20) – the Court requires additional time to determine how to proceed. The Court's current expectation is to provide the parties with an update by no later than on or about December 10, 2019. Associated Cases: 1:15–cv–01082–LPS et al. (ntl) (Entered: 11/26/2019) |
| 12/02/2019 | 35 | ORAL ORDER: IT IS HEREBY ORDERED that the hearing on December 5, 2019 will begin at 10:30 a.m. Each side will have forty–five (45) minutes for argument. ORDERED by Judge Leonard P. Stark on 12/2/19. (ntl) (Entered: 12/02/2019) |
| 12/05/2019 | | Minute Entry for proceedings held before Judge Leonard P. Stark – Oral Argument held on 12/5/2019. (Court Reporter B. Gaffigan.) (ntl) (Entered: 12/06/2019) |
| 12/09/2019 | 36 | Letter to The Honorable Leonard P. Stark from A. Thompson Bayliss, Esq., Samuel T. Hirzel, Esq. and Scott R. Haiber, Esq. regarding Frequently Asked Questions. (Attachments: # 1 Attachment to Letter)(Bayliss, A.) (Entered: 12/09/2019) |
| 12/10/2019 | 37 | ORAL ORDER: Having received the letter dated December 9, 2019 (17–mc–151–LPS, D.I. 150), IT IS HEREBY ORDERED that if Crystallex, or any other party or entity, wishes to respond, it shall file a letter no later than December 11, 2019. Ordered by Judge Leonard P. Stark on 12/10/2019. Associated Cases: 1:17–mc–00151–LPS, 1:18–cv–01963–LPS, 1:19–mc–00290–LPS(etg) (Entered: 12/10/2019) |
| 12/11/2019 | 38 | Letter to The Honorable Leonard P. Stark from Alexander A. Yanos, Counsel for Saint–Gobain Performance Plastics Europe regarding Response to Letter Dated December 9, 2019 From Venezuela and PDVSA – re 36 Letter. (Jones, Laura) (Entered: 12/11/2019) |
| 12/12/2019 | 39 | MEMORANDUM ORDER regarding pending motions and stay. Signed by Judge Leonard P. Stark on 12/12/19. Associated Cases: 1:15–cv–01082–LPS et al. (ntl) (Entered: 12/12/2019) |
| 12/13/2019 | 40 | Official Transcript of Oral Argument Hearing held on December 5, 2019 before Chief Judge Leonard P. Stark. Court Reporter Brian Gaffigan, Email: Brian_Gaffigan@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 1/3/2020. Redacted Transcript Deadline set for 1/13/2020. Release of Transcript Restriction set for 3/12/2020.(bpg) (Entered: 12/13/2019) |
| 01/15/2020 | | Case electronically transferred to District of Columbia. (ntl) (Entered: 01/15/2020) |