## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAINT-GOBAIN PERFORMANCE PLASTICS
EUROPE,

        *Plaintiff,*

        v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

        *Defendant.*

Case No.  1:20-cv-00129

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Stephen K. Wirth, a member in good standing of the Bar of this Court, moves for the admission and appearance of attorney Kent A. Yalowitz *pro hac vice* as counsel for Defendant in the above-entitled action.  This motion is supported by the Declaration of Kent A. Yalowitz, which is filed herewith.

Dated:  February 28, 2020

Respectfully submitted,

*/s/ Stephen K. Wirth*
Stephen K. Wirth (D.D.C. Bar No. 1034038)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000
Stephen.Wirth@arnoldporter.com

*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAINT-GOBAIN PERFORMANCE PLASTICS
EUROPE,

              *Plaintiff*,

      v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

              *Defendant*.

Case No.  1:20-cv-00129

## DECLARATION OF KENT A. YALOWITZ IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Kent A. Yalowitz, hereby declare:

1. My name, office address, and office telephone number are as follows:

   Kent A. Yalowitz
   Arnold & Porter Kaye Scholer LLP
   250 West 55th Street
   New York, NY 10019-9710
   Telephone:  (212) 836-8344

2. I am admitted to the following bars:

   New York (Bar No. 2188944)
   Supreme Court of the United States
   United States Court of Appeals for the Second Circuit
   United States Court of Appeals for the Third Circuit
   United States Court of Appeals for the Eighth Circuit
   United States Court of Appeals for the Eleventh Circuit
   United States Court of Appeals for the D.C. Circuit
   United States Court of Appeals for the Federal Circuit
   United States District Court for the Eastern District of New York
   United States District Court for the Southern District of New York
   United States Court of Federal Claims
   United States Tax Court

3. I am currently in good standing with all bars to which I am admitted and have never been

   subject to discipline by any bar.

4.  I have been admitted *pro hac vice* to this Court once in the previous two years. I was admitted *pro hac vice* in *Rusoro Mining Limited v. Bolivarian Republic of Venezuela*, No. 1:16-cv-02020 (D.D.C.) on June 26, 2018; that case remained pending in this Court until November 21, 2018.

5.  I do not engage in the practice of law from an office located in the District of Columbia.

6.  I have reviewed and am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2020

_____

Kent A. Yalowitz
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8344
Kent.Yalowitz@arnoldporter.com