## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>    Plaintiff,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>    Defendant | Civil Action No.: 1:20-cv-00129-RC |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Saint-Gobain Performance Plastics Europe ("Plaintiff" or "Saint-Gobain"), by and through its undersigned counsel, respectfully moves that this Court grant summary judgment in its favor pursuant to Federal Rule of Civil Procedure 56 and Rule 7(h) of this Court's Local Civil Rules and 22 U.S.C § 1650a.

Saint-Gobain's Motion is accompanied and supported by the following submissions:

(1) Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment;

(2) Statement of Material Facts as to Which There Is No Genuine Issue in Support of Plaintiff's Motion for Summary Judgment;

(3) Declaration of Alexander A. Yanos in Support of Plaintiff's Motion for Summary Judgment with four attached exhibits; and

(4) a Proposed Order.

1

Dated: March 9, 2020                            Respectfully submitted,


_____
ALSTON & BIRD LLP
Alexander A. Yanos
Carlos Ramos-Mrosovsky
Rajat Rana
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
alex.yanos@alston.com
carlos.ramos-mrosovsky@alston.com
rajat.rana@alston.com

*Counsel for Plaintiff Saint-Gobain Performance Plastics Europe*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2020, I caused this document to be electronically filed with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system, which will automatically generate and serve notice of this filing to all counsel of record, including counsel for Defendant.  I further certify that I am not aware of any party who will not receive such notice.

Dated: March 9, 2020                                        /s/ Alexander A. Yanos
                                                            Alexander A. Yanos