# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>          Plaintiff,<br><br>   v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>          Defendant | Civil Action No.: 1:20-cv-00129-RC |

## DECLARATION OF ALEXANDER A. YANOS IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, Alexander A. Yanos, hereby declare as follows:

1. I am an attorney at Alston & Bird, LLP. I represent Saint-Gobain Performance Plastics Europe ("Saint-Gobain" or "Plaintiff") in connection with the above-captioned matter.

2. I submit this declaration in support of the Memorandum of Law in Support of Motion for Summary Judgment filed by Saint-Gobain on March 9, 2020.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Procedural Order No. 3, Discontinuance of the Proceeding, dated August 15, 2019, from the *ad hoc* committee appointed by the Secretary-General of the International Centre for Settlement of Investment Disputes ("ICSID") to consider Venezuela's application for annulment of the ICSID Award ("the Award") in *Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela* (ICSID Case No. ARB/12/13 – Annulment Proceeding).

4. Attached hereto as <u>Exhibit 2</u> is a worksheet calculating the value of the Award with interest accrued through March 9, 2020.

5.   Attached as <u>Exhibit 3</u> is a true and correct copy of the Transcript of the Oral Argument Hearing on the Motion for Entry of Default Judgment and Motion to Vacate Default, dated December 5, 2019, conducted before Honorable Leonard P. Stark, Chief Judge, with appearances by Saint-Gobain, Venezuela, and PDVSA.

6.   Attached as <u>Exhibit 4</u> is a true and correct copy of the Transcript of the conference held before the Honorable Rudolph Contreras, U.S. District Judge, with appearances by Saint-Gobain and Venezuela on March 6, 2020.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  New York, New York  
March 9, 2020

Respectfully submitted,

*/s/*

90 Park Avenue  
New York, NY 10016  
Telephone: 212-210-9400  
Facsimile: 212-210-9444