# Exhibit 1

**INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES**

**Saint-Gobain Performance Plastics Europe**
Respondent on Annulment

v.

**Bolivarian Republic of Venezuela**
Applicant on Annulment

**(ICSID Case No. ARB/12/13) – Annulment Proceeding**

## PROCEDURAL ORDER No. 3

### DISCONTINUANCE OF THE PROCEEDING

*Members of the ad hoc Committee*
Prof. Ricardo Ramírez Hernández, President of the *ad hoc* Committee
Ms. Olufunke Adekoya, SAN, Member of the *ad hoc* Committee
Prof. Lawrence Boo, Member of the *ad hoc* Committee

*Secretary of the ad hoc Committee*
Mr. Francisco Grob

August 15, 2019

*Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*
(ICSID Case No. ARB/12/13) – Annulment Proceeding
**Procedural Order No. 3**

## I.    BACKGROUND TO THIS ORDER

1.    On March 5, 2018, the International Centre for Settlement of Investment Disputes ("ICSID" or the "Centre") received an Application for Annulment (the "Application") of the same date filed by the Bolivarian Republic of Venezuela (the "Applicant" or "Venezuela") seeking Annulment of the Award rendered on November 3, 2017, by the Tribunal in the arbitration proceeding against Saint-Gobain Performance Plastics Europe ("Respondent on Annulment" or "Saint-Gobain") (ICSID Case No. ARB/12/13). Venezuela requested simultaneously that enforcement of the Award be stayed until the Application is decided.

2.    On March 12, 2018, the Acting Secretary-General registered Venezuela's Application and notified the parties that enforcement of the Award was provisionally stayed pursuant to Rule 54(2) of the ICSID Arbitration Rules.

3.    On June 7, 2018, the Committee was constituted in accordance with Article 52(3) of the ICSID Convention. Its members are Professor Ricardo Ramírez Hernández, a national of Mexico, President; Ms. Olufunke Adekoya, SAN, national of United Kingdom and Nigeria; and Professor Lawrence Boo, a national of Singapore; all members were appointed by the Chairman of the Administrative Council.

4.    In accordance with ICSID Administrative and Financial Regulations 14(3)(d) and (e), on June 13, 2018, the Centre requested that the Applicant make a first advance payment of US$250,000 to meet the expenses in connection with the proceeding.

5.    On June 14, 2018, the Respondent on Annulment sent a letter arguing that, unless the Applicant establishes the circumstances that require the continuation of the stay of enforcement, the stay should terminate automatically within 30 days of the constitution of the Committee, *i.e.*, by July 7, 2018.

6.    On June 27, 2018, Venezuela notified the Committee that it opposed Saint-Gobain's position and that it would seek to continue the stay of enforcement of the Award.

7.    By letter dated July 5, 2018, the Committee confirmed that the First Session was to be held at the World Bank Facilities in Paris on August 21, 2018; invited the parties to try to agree on a procedural timetable by July 9, 2018; and as contemplated by Arbitration Rule 54(2), decided to maintain the provisional stay on the enforcement of the Award until it had an opportunity to review the parties' submissions and to issue a further decision on the matter.

8.    On July 6, 2018, the parties notified the Committee of their agreed procedural calendar whereby the Applicant would file its Memorial in Support of a Continued Stay by July 25, 2018, and the Respondent on Annulment would file its Counter-Memorial by August 13, 2018.

Case 1:20-cv-00129-RC   Document 43-4   Filed 03/09/20   Page 4 of 7
*Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*
(ICSID Case No. ARB/12/13) – Annulment Proceeding
**Procedural Order No. 3**

9.  On July 11, 2018, the Secretary of the Committee sent the parties a draft agenda for the First Session and a draft Procedural Order No. 1.

10. On July 25, 2018, pursuant to the parties' agreed procedural calendar, the Applicant filed its Memorial in Support of a Continued Stay. On the same day, the parties were notified that ICSID had not yet received the first advance payment of US$250,000 as requested in its letter of June 13, 2018. The President of the Committee invited the Applicant to inform the Committee by July 30, 2018 of (a) the steps that it had taken in order to make the payment and (b) the estimated date by which ICSID should expect to receive it.

11. On July 30, 2018, counsel for the Applicant notified the Committee that it was seeking instructions from Venezuela and that it would revert as soon as it had an answer.

12. On August 1, 2018, the Committee urged Venezuela to provide additional information with regard to the steps taken to pay the first advance requested by ICSID in its letter of June 13, 2018. Unless payment was received by August 10, 2018, the First Session would have to be postponed.

13. On the same day, Saint-Gobain requested that should Venezuela fail to make the payment before the deadline imposed by the Committee, the provisional stay of enforcement of the Award should be automatically lifted.

14. On August 10, 2018, the Committee invited Venezuela to submit proof of having transferred the funds, as soon as possible and no later than by August 13th. In the same communication, the Committee informed the parties that the Hearing date in Paris was vacated until further notice.

15. On August 13, 2018, Venezuela informed the Committee that the advance payment had not yet been made due to administrative reasons, and that the payment was being processed. On the same day, the Committee granted Venezuela's request to respond to Saint-Gobain's letter of August 1st. Also, on the same day, Saint-Gobain filed its Counter-Memorial in Opposition to a Continued Stay of Enforcement of the Award.

16. On August 15, 2018, Venezuela filed a reply to Saint-Gobain's letter of August 1st. On August 17, 2018, Saint-Gobain submitted a response to Venezuela's letter. On August 20, 2018, Venezuela filed a response to Saint-Gobain's letter of August 17th, and reiterated its position detailed in its letter of August 15th.

17. On August 21, 2018, the Committee held its first session via teleconference among its members in accordance with ICSID Arbitration Rule 13(1). The Committee discussed various procedural matters, which the parties had argued over in their written submissions. The Committee invited the parties to make a further submission addressing the stay of enforcement and each party's proposal concerning the place of arbitration pursuant to section 10 of the draft Procedural Order No. 1. On the same day, ICSID invited either party to pay the outstanding amount of US$250,000, noting that failing to do so would lead to the suspension of the proceedings.

Case 1:20-cv-00129-RC    Document 43-4    Filed 03/09/20    Page 5 of 7
*Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*
(ICSID Case No. ARB/12/13) – Annulment Proceeding
**Procedural Order No. 3**

18.   On September 5, 2018, Venezuela filed a reply in Support of a Continued Stay of Enforcement. It also elaborated upon the reasons to propose Paris as the place of the proceedings.

19.   On September 14, 2018, Saint-Gobain filed a rejoinder in further opposition to a Continued Stay of Enforcement. It also discussed the reasons underlying its preference for Washington D.C. as the place of the proceedings.

20.   On September 28, 2018, the Committee issued Procedural Order No. 1 concerning various aspects of the organization of the proceedings.

21.   As no payment was received, on October 23, 2018, the Secretary-General of ICSID moved that this Committee stay the proceedings pursuant to Regulation 14 of ICSID's Administrative and Financial Regulations.

22.   On October 24, 2018, the Committee issued Procedural Order No. 2 to address the place of arbitration, the stay of enforcement of the Award and the suspension of the proceedings.

23.   On April 12, 2019, the Centre informed counsel of record that more than five months had elapsed since the notification of the stay of the proceeding due to non-payment, without receipt of the outstanding payment. Accordingly, it stated that if payment was not received by April 24, 2019, *i.e.*, more than six months since the notification of the stay of the proceeding due to non-payment, the Secretary-General would move that the Committee discontinue the proceeding.

24.   On April 25, 2019, the Acting Secretary-General moved that the Committee discontinue the proceeding for lack of payment. Counsel of record was copied in this communication.

25.   On August 9, 2019, the parties were informed that the Committee would proceed to discontinue the proceeding upon the Secretary-General's recommendation.

## II.   ANALYSIS

26.   In accordance with Regulation 14(3)(e) of ICSID's Administrative and Financial Regulations, an applicant on annulment bears sole responsibility for making advance payments for costs (without prejudice to a later decision by the Committee regarding the allocation of costs as between the parties). Such advance payments are necessary to defray the costs incurred by the Centre and to pay the fees and expenses of Committee members.

27.   ICSID Administrative and Financial Regulations 14(3)(d) provides that the Secretary-General may, after notice to and as far as possible in consultation with the parties, move that the competent body – the Committee in this case – discontinue the proceeding when, as in this case, the proceeding has been stayed for non-payment for a consecutive period in excess of six months.

*Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*
(ICSID Case No. ARB/12/13) – Annulment Proceeding
**Procedural Order No. 3**

28.    Considering the foregoing circumstances and the Acting Secretary-General's April 25 communication, the Committee has decided to discontinue the proceeding in accordance with ICSID Administrative and Financial Regulations 14(3)(d) and (e).

## III.    ORDER

29.    The Committee discontinues the proceeding for lack of payment of the initial advance payment in accordance with ICSID Administrative and Financial Regulations 14(3)(d) and (e).

4

*Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*
(ICSID Case No. ARB/12/13) – Annulment Proceeding
**Procedural Order No. 3**

_____
Professor Lawrence Boo Geok Seng
Member of the *ad hoc* Committee

Date:      AUG 15 2019

_____
Ms. Olufunke Adekoya, SAN
Member of the *ad hoc* Committee

Date:      AUG 15 2019

_____
Professor Ricardo Ramírez Hernández
President of the *ad hoc* Committee

Date:      AUG 15 2019

5