## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

      Plaintiff,

   v.

BOLIVARIAN REPUBLIC OF
VENEZUELA

      Defendant

Civil Action No.: 1:20-cv-00129-RC

### [Proposed] ORDER

Upon due consideration of the Motion for Summary Judgment filed by Plaintiff Saint-Gobain Performance Plastics Europe ("Saint-Gobain" or "Plaintiff"),

THE COURT CONCLUDES:

1.     As the United States District Court for the District of Delaware has already held, the summons and complaint in this action was properly served on Defendant the Bolivarian Republic of Venezuela ("Venezuela"), no later than December 27, 2018.  This Court has jurisdiction over this matter and over Venezuela pursuant to 22 U.S.C. § 1650a and 28 U.S.C. §§ 1330(a) and (b) and 1605(a)(1) and (6).

2.     Saint-Gobain has established its right to relief pursuant to 22 U.S.C. § 1650a and there is no genuine issue in dispute between the parties.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECLARED THAT:

A.     The pecuniary obligations of the Award (ECF No. 3-1) issued pursuant to the Convention on the Settlement of Investment Disputes between States and Nationals of Other States, Mar. 18, 1965, 17 U.S.T. 1270 (the "ICSID Convention") in favor of Saint-Gobain and

1

against Venezuela are recognized, entered, and recorded as a judgment by the Clerk of Court in the same manner and with the same force and effect as if the Award were a final judgment of a court of general jurisdiction of one of the United States; and

B.      In accordance with the pecuniary obligations of the Award, Venezuela shall pay to Saint-Gobain an amount equal to the pecuniary obligations of the Award (calculated at US$ 44,229,629.66 as of March 9, 2020), and comprising, in addition to interest:

   a. US$ 29.6 million as the principal amount of compensation for the expropriation of Saint-Gobain's investment in Venezuela; plus US$ 4.8 million as pre-award interest from May 15, 2010 through March 31, 2017, with further pre-award interest through November 3, 2017 in the amount of US$ 542,189.80, and post-award interest rate of 2% over the average 6-month U.S. Treasury bill rate, compounded annually (equal to US$ $2,790,039.48 as of March 9, 2020).

   b. US$ 1,303,189.99 as the costs of the arbitration; and US$ 4,634,532.05 representing two-thirds of Saint-Gobain's legal fees and expenses, both subject to post-award interest through the date of satisfaction of the Award at a rate of 2% over the average 6-month U.S. Treasury bill rate, compounded annually (equal to US$ 559,678.34 as of March 9, 2020).

Dated: _____, 2020

_____
HON. RUDOLPH CONTRERAS
United States District Judge

2