**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>    *Plaintiff*,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    *Defendant*. | Civil Action No. 1:20-cv-00129-RC |

**CROSS-MOTION OF THE BOLIVARIAN REPUBLIC OF VENEZUELA**
**TO DISMISS COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7, the Bolivarian Republic of Venezuela, by and through its undersigned counsel, respectfully cross-moves this Court for an order dismissing for lack of personal jurisdiction Plaintiff Saint-Gobain Performance Plastics Europe's Complaint to Register and Enforce ICSID Arbitration Award. This motion is based upon the accompanying Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Cross-Motion to Dismiss, and the Declaration of Kent A. Yalowitz and the exhibits attached thereto, filed concurrently with this motion.

WHEREFORE, the Bolivarian Republic of Venezuela respectfully requests that Plaintiff's motion for summary judgment be denied and the Republic's cross-motion to dismiss be granted.

Dated: April 6, 2020
New York, New York

Respectfully submitted,

ARNOLD & PORTER
    KAYE SCHOLER LLP

By: _____

Kent A. Yalowitz
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
Kent.Yalowitz@arnoldporter.com

E. Whitney Debevoise
Allon Kedem
Sally L. Pei
Stephen K. Wirth
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999

*Attorneys for the Bolivarian Republic of Venezuela*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020 I electronically filed the foregoing with the Clerk of the Court for the U.S District Court of the District of Columbia using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Kent A. Yalowitz*
Kent A. Yalowitz