**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>     *Plaintiff*,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>     *Defendant*. | Civil Action No. 1:20-cv-00129-RC |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING CROSS-MOTION OF THE BOLIVARIAN REPUBLIC OF VENEZUELA TO DISMISS COMPLAINT**

Having considered Plaintiff's motion for summary judgment and the cross-motion of the Bolivarian Republic of Venezuela to dismiss, and all papers in support and in opposition thereof, and with good cause appearing, the Court DENIES Plaintiff's Motion for Summary Judgment and GRANTS the Bolivarian Republic of Venezuela's Motion to Dismiss.  The Court accordingly orders that the Complaint is DISMISSED for lack of personal jurisdiction.

IT IS SO ORDERED.

Dated:

_____
HON. RUDOLPH CONTRERAS