# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>*Plaintiff*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Defendant*. | Civil Action No. 1:20-cv-00129-RC |

## DECLARATION OF KENT A. YALOWITZ IN SUPPORT OF THE BOLIVARIAN REPUBLIC OF VENEZUELA'S CROSS-MOTION TO DISMISS

I, Kent A. Yalowitz, hereby declare as follows:

1. I am a member of the law firm of Arnold & Porter Kaye Scholer LLP, counsel of record for the Bolivarian Republic of Venezuela ("the Republic"). I make this declaration to place before the Court certain source documents reflecting the internal law of the Bolivarian Republic of Venezuela.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the Constitution of the Bolivarian Republic of Venezuela, published in the Official Extraordinary Gazette No. 36.860 dated December 30, 1999. The document is accompanied by a certified translation of relevant excerpts.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the Organic Law of the Attorney General's Office, published in the Official Extraordinary Gazette No. 6.210 from December 30, 2015. The document is accompanied by a certified translation of relevant excerpts.

4. Attached hereto as **Exhibit C** is a true and correct copy of Decision No. 9, Supreme Tribunal of Justice Political Administrative Chamber, dated March 18, 2014, published in the Official Gazette No. 40.382 of March 28, 2014. The document is accompanied by a certified translation of relevant excerpts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2020
New York, New York

_____
Kent A. Yalowitz