# EXHIBIT A

# GACETA OFICIAL
## DE LA REPUBLICA DE VENEZUELA

AÑO CXXVII — MES III        Caracas, jueves 30 de diciembre de 1999        Número 36.860

## SUMARIO

**Asamblea Nacional Constituyente**
Constitución de la República Bolivariana de Venezuela 1999.

## ASAMBLEA NACIONAL CONSTITUYENTE

**ASAMBLEA NACIONAL CONSTITUYENTE**
CARACAS-VENEZUELA

### PREÁMBULO

El pueblo de Venezuela, en ejercicio de sus poderes creadores e invocando la protección de Dios, el ejemplo histórico de nuestro Libertador Simón Bolívar y el heroísmo y sacrificio de nuestros antepasados aborígenes y de los precursores y forjadores de una patria libre y soberana;

con el fin supremo de refundar la República para establecer una sociedad democrática, participativa y protagónica, multiétnica y pluricultural en un Estado de justicia, federal y descentralizado, que consolide los valores de la libertad, la independencia, la paz, la solidaridad, el bien común, la integridad territorial, la convivencia y el imperio de la ley para esta y las futuras generaciones; asegure el derecho a la vida, al trabajo, a la cultura, a la educación, a la justicia social y a la igualdad sin discriminación ni subordinación alguna; promueva la cooperación pacífica entre las naciones e impulse y consolide la integración latinoamericana de acuerdo con el principio de no intervención y autodeterminación de los pueblos, la garantía universal e indivisible de los derechos humanos, la democratización de la sociedad internacional, el desarme nuclear, el equilibrio ecológico y los bienes jurídicos ambientales como patrimonio común e irrenunciable de la humanidad;

en ejercicio de su poder originario representado por la Asamblea Nacional Constituyente mediante el voto libre y en referendo democrático,

decreta la siguiente

### CONSTITUCIÓN

#### TÍTULO I
#### PRINCIPIOS FUNDAMENTALES

**Artículo 1.** La República Bolivariana de Venezuela es irrevocablemente libre e independiente y fundamenta su patrimonio moral y sus valores de libertad, igualdad, justicia y paz internacional, en la doctrina de Simón Bolívar, el Libertador.

Son derechos irrenunciables de la Nación la independencia, la libertad, la soberanía, la inmunidad, la integridad territorial y la autodeterminación nacional.

**Artículo 2.** Venezuela se constituye en un Estado democrático y social de Derecho y de Justicia, que propugna como valores superiores de su ordenamiento jurídico y de su actuación, la vida, la libertad, la justicia, la igualdad, la solidaridad, la democracia, la responsabilidad social y en general, la preeminencia de los derechos humanos, la ética y el pluralismo político.

**Artículo 3.** El Estado tiene como fines esenciales la defensa y el desarrollo de la persona y el respeto a su dignidad, el ejercicio democrático de la voluntad popular, la construcción de una sociedad justa y amante de la paz, la promoción de la prosperidad y bienestar del pueblo y la garantía del cumplimiento de los principios, derechos y deberes consagrados en esta Constitución.

La educación y el trabajo son los procesos fundamentales para alcanzar dichos fines.

**Artículo 4.** La República Bolivariana de Venezuela es un Estado federal descentralizado en los términos consagrados por esta Constitución, y se rige por los principios de integridad territorial, cooperación, solidaridad, concurrencia y corresponsabilidad.

**Artículo 5.** La soberanía reside intransferiblemente en el pueblo, quien la ejerce directamente en la forma prevista en esta Constitución y en la ley, e indirectamente, mediante el sufragio, por los órganos que ejercen el Poder Público.

Los órganos del Estado emanan de la soberanía popular y a ella están sometidos.

**Artículo 6.** El gobierno de la República Bolivariana de Venezuela y de las entidades políticas que la componen es y será siempre democrático, participativo, electivo, descentralizado, alternativo, responsable, pluralista y de mandatos revocables.

**Artículo 7.** La Constitución es la norma suprema y el fundamento del ordenamiento jurídico. Todas las personas y los órganos que ejercen el Poder Público están sujetos a esta Constitución.

**Artículo 8.** La bandera nacional con los colores amarillo, azul y rojo; el himno nacional *Gloria al bravo pueblo* y el escudo de armas de la República son los símbolos de la patria.

La ley regulará sus características, significados y usos.

**Artículo 9.** El idioma oficial es el castellano. Los idiomas indígenas también son de uso oficial para los pueblos indígenas y deben ser respetados en todo el territorio de la República, por constituir patrimonio cultural de la Nación y de la humanidad.

#### TÍTULO II
#### DEL ESPACIO GEOGRÁFICO Y LA DIVISIÓN POLÍTICA

##### Capítulo I
##### Del Territorio y demás Espacios Geográficos

**Artículo 10.** El territorio y demás espacios geográficos de la República son los que correspondían a la Capitanía General de Venezuela antes de la transformación política iniciada el 19 de abril de 1810, con las modificaciones resultantes de los tratados y laudos arbitrales no viciados de nulidad.

**Artículo 11.** La soberanía plena de la República se ejerce en los espacios continental e insular, lacustre y fluvial, mar territorial, áreas marinas interiores, históricas y vitales y las comprendidas dentro de las líneas de base recta que ha adoptado o adopte la República, el suelo y subsuelo de éstos, el espacio aéreo continental, insular y marítimo y los recursos que en ellos se encuentran, incluidos los genéticos, los de las especies migratorias, sus productos derivados y los componentes intangibles que por causas naturales allí se encuentren.

El espacio insular de la República comprende el archipiélago de Los Monjes, archipiélago de Las Aves, archipiélago de Los Roques, archipiélago de La Orchila, isla La Tortuga, isla La Blanquilla, archipiélago Los Hermanos, islas de Margarita, Cubagua y Coche, archipiélago de Los Frailes, isla La Sola, archipiélago de Los Testigos, isla de Patos e isla de Aves; y, además, las islas, islotes, cayos y bancos

El Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva reunirá las mismas condiciones exigidas para ser Presidente o Presidenta de la República, y no podrá tener ningún parentesco de consanguinidad ni de afinidad con éste.

**Artículo 239.** Son atribuciones del Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva:

1. Colaborar con el Presidente o Presidenta de la República en la dirección de la acción del Gobierno.
2. Coordinar la Administración Pública Nacional de conformidad con las instrucciones del Presidente o Presidenta de la República.
3. Proponer al Presidente o Presidenta de la República el nombramiento y la remoción de los Ministros o Ministras.
4. Presidir, previa autorización del Presidente o Presidenta de la República, el Consejo de Ministros.
5. Coordinar las relaciones del Ejecutivo Nacional con la Asamblea Nacional.
6. Presidir el Consejo Federal de Gobierno.
7. Nombrar y remover, de conformidad con la ley, los funcionarios o funcionarias nacionales cuya designación no esté atribuida a otra autoridad.
8. Suplir las faltas temporales del Presidente o Presidenta de la República.
9. Ejercer las atribuciones que le delegue el Presidente o Presidenta de la República.
10. Las demás que le señalen esta Constitución y la ley.

**Artículo 240.** La aprobación de una moción de censura al Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, por una votación no menor de las tres quintas partes de los integrantes de la Asamblea Nacional, implica su remoción. El funcionario removido o funcionaria removida no podrá optar al cargo de Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, o de Ministro o Ministra por el resto del periodo presidencial.

La remoción del Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva en tres oportunidades dentro de un mismo periodo constitucional, como consecuencia de la aprobación de mociones de censura, faculta al Presidente o Presidenta de la República para disolver la Asamblea Nacional. El decreto de disolución conlleva la convocatoria de elecciones para una nueva legislatura dentro de los sesenta días siguientes a su disolución.

La Asamblea no podrá ser disuelta en el último año de su período constitucional.

**Artículo 241.** El Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva es responsable de sus actos de conformidad con esta Constitución y la ley.

### Sección Cuarta: de los Ministros o Ministras y del Consejo de Ministros

**Artículo 242.** Los Ministros o Ministras son órganos directos del Presidente o Presidenta de la República, y reunidos conjuntamente con este o ésta y con el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, integran el Consejo de Ministros.

El Presidente o Presidenta de la República presidirá las reuniones del Consejo de Ministros, pero podrá autorizar al Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva para que las presida cuando no pueda asistir a ellas. Las decisiones tomadas serán ratificadas por el Presidente o Presidenta de la República.

De las decisiones del Consejo de Ministros son solidariamente responsables el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva y los Ministros o Ministras que hubieren concurrido, salvo aquellos y aquellas que hayan hecho constar su voto adverso o negativo.

**Artículo 243.** El Presidente o Presidenta de la República podrá nombrar Ministros o Ministras de Estado, los y las cuales, además de participar en el Consejo de Ministros, asesorarán al Presidente o Presidenta de la República y al Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva en los asuntos que les fueren asignados.

**Artículo 244.** Para ser Ministro o Ministra se requiere poseer la nacionalidad venezolana y ser mayor de veinticinco años, con las excepciones establecidas en esta Constitución.

Los Ministros o Ministras son responsables de sus actos de conformidad con esta Constitución y la ley, y presentarán ante la Asamblea Nacional, dentro de los primeros sesenta días de cada año, una memoria razonada y suficiente sobre la gestión del despacho en el año inmediatamente anterior, de conformidad con la ley.

**Artículo 245.** Los Ministros o Ministras tienen derecho de palabra en la Asamblea Nacional y en sus Comisiones. Podrán tomar parte en los debates de la Asamblea Nacional, sin derecho al voto.

**Artículo 246.** La aprobación de una moción de censura a un Ministro o Ministra por una votación no menor de las tres quintas partes de los o las integrantes presentes de la Asamblea Nacional, implica su remoción. El funcionario removido o funcionaria removida no podrá optar al cargo de Ministro o Ministra ni de Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva por el resto del periodo presidencial.

### Sección Quinta: de la Procuraduría General de la República

**Artículo 247.** La Procuraduría General de la República asesora, defiende y representa judicial y extrajudicialmente los intereses patrimoniales de la República, y será consultada para la aprobación de los contratos de interés público nacional.

La ley orgánica determinará su organización, competencia y funcionamiento.

**Artículo 248.** La Procuraduría General de la República estará a cargo y bajo la dirección del Procurador o Procuradora General de la República, con la colaboración de los demás funcionarios o funcionarias que determine su ley orgánica.

**Artículo 249.** El Procurador o Procuradora General de la República reunirá las mismas condiciones exigidas para ser magistrado o magistrada del Tribunal Supremo de Justicia. Será nombrado o nombrada por el Presidente o Presidenta de la República con la autorización de la Asamblea Nacional.

**Artículo 250.** El Procurador o Procuradora General de la República asistirá, con derecho a voz, a las reuniones del Consejo de Ministros.

### Sección Sexta: del Consejo de Estado

**Artículo 251.** El Consejo de Estado es el órgano superior de consulta del Gobierno y la Administración Pública Nacional. Será de su competencia recomendar políticas de interés nacional en aquellos asuntos a los que el Presidente o Presidenta de la República reconozca de especial trascendencia y requiera su opinión.

La ley respectiva determinara sus funciones y atribuciones.

**Artículo 252.** El Consejo de Estado lo preside el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva y estará conformado, además, por cinco personas designadas por el Presidente o Presidenta de la República; un o una representante designado por la Asamblea Nacional; un o una representante designado o designado por el Tribunal Supremo de Justicia y un Gobernador designado o Gobernadora designada por el conjunto de mandatarios estadales.

### Capítulo III
### Del Poder Judicial y el Sistema de Justicia

### Sección Primera: Disposiciones Generales

**Artículo 253.** La potestad de administrar justicia emana de los ciudadanos o ciudadanas y se imparte en nombre de la República por autoridad de la ley.

Corresponde a los órganos del Poder Judicial conocer de las causas y asuntos de su competencia mediante los procedimientos que determinen las leyes, y ejecutar o hacer ejecutar sus sentencias.

El sistema de justicia está constituido por el Tribunal Supremo de Justicia, los demás tribunales que determine la ley, el Ministerio Público, la Defensoría Pública, los órganos de investigación penal, los o las auxiliares y funcionarios o funcionarias de justicia, el sistema penitenciario, los medios alternativos de justicia, los ciudadanos y ciudadanas que participan en la administración de justicia conforme a la ley y los abogados y abogadas autorizados y autorizadas para el ejercicio.

**Artículo 254.** El Poder Judicial es independiente y el Tribunal Supremo de Justicia gozará de autonomía funcional, financiera y administrativa. A tal efecto, dentro del presupuesto general del Estado se le asignará al sistema de justicia una partida anual variable, no menor del dos por ciento del presupuesto ordinario nacional, para su efectivo funcionamiento, el cual no podrá ser reducido o modificado sin autorización previa de la Asamblea Nacional. El Poder Judicial no está facultado para establecer tasas, aranceles, ni exigir pago alguno por sus servicios.

**Artículo 255.** El ingreso a la carrera judicial y el ascenso de los jueces o juezas se hará por concursos de oposición públicos que aseguren la idoneidad y excelencia de los o las participantes y serán seleccionados o seleccionadas por los jurados de los circuitos judiciales, en la forma y condiciones que establezca la ley. El nombramiento y juramento de los jueces o juezas corresponde al Tribunal Supremo de Justicia. La ley garantizará la participación ciudadana en el procedimiento de selección y designación de los jueces o juezas. Los jueces o juezas sólo podrán ser removidos o removidas o suspendidos o suspendidas de sus cargos mediante los procedimientos expresamente previstos en la ley.

La ley propenderá a la profesionalización de los jueces o juezas y las universidades colaborarán en este propósito, organizando en los estudios universitarios de Derecho la especialización judicial correspondiente.

# English Translation of Relevant Excerpts

Constitution of the Bolivarian Republic of Venezuela [1]

> ***Article 247.*** *The Republic's Attorney General's Office advises, defends and judicially and extrajudicially represents the patrimonial interests of the Republic, and will be consulted for the approval of contracts of national public interest.*
>
> *The organic law will determine its organization, competence and operation.*

---

[1] Constitution of the Bolivarian Republic Of Venezuela, published in the Official Extraordinary Gazette No. 36.860 dated December 30, 1999.

2

## CERTIFICATION OF ACCURACY

Re: Constitution of the Bolivarian Republic of Venezuela, published in the Official Extraordinary Gazette No. 36.860 dated December 30, 1999 (excerpts)

I, Valentina Garzon, hereby attest that I am fluent in Spanish and English and competent to translate from Spanish into English, that I have translated the attached document, and that to the best of my knowledge, ability, and belief this translation is a true, accurate, and complete translation of the original Spanish document that was provided to me.

Dated: April 6, 2020

Valentina Garzon