**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

          *Plaintiff*,

      v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

          *Defendant*.

Civil Action No. 1:20-cv-00129-RC

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY**
**JUDGMENT AND GRANTING CROSS-MOTION OF THE BOLIVARIAN REPUBLIC**
**OF VENEZUELA TO DISMISS COMPLAINT**

Having considered Plaintiff's motion for summary judgment and the cross-motion of the

Bolivarian Republic of Venezuela to dismiss, and all papers in support and in opposition thereof,

and with good cause appearing, the Court DENIES Plaintiff's Motion for Summary Judgment

and GRANTS the Bolivarian Republic of Venezuela's Motion to Dismiss.  The Court

accordingly orders that the Complaint is DISMISSED for lack of personal jurisdiction.

IT IS SO ORDERED.

Dated:

_____
HON. RUDOLPH CONTRERAS