**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,

*Plaintiff*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

*Defendant*.

Civil Action No. 1:20-cv-00129-RC

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Local Civil Rule 7(h), Defendant Bolivarian Republic of Venezuela ("the Republic") submits this response to Plaintiff's Rule 7(h) Statement of Material Facts as to which There Is No Genuine Issue. Except as described below, the Republic does not contest the facts as stated in Plaintiff's Rule 7(h) statement. The Republic reserves the right to supplement or amend this statement should relevant evidence concerning material facts come to its attention.

22. Disputed in part. The Republic does not dispute that deliveries to the Foreign Ministry were made on December 21 and 27, 2018, and were signed for by individuals who identified themselves as T. Flores and I. Ruiz. The Republic does not have information concerning the relationship (if any) between these individuals and the Foreign Ministry, *see* Dkt. 40, at 57:2-12, and Plaintiff has not come forward with any evidence or other information supporting its assertion as to that relationship. Therefore, the Republic disputes Plaintiffs' characterization of these individuals as employees of the Foreign Ministry.

Dated: April 6, 2020

Respectfully submitted,

/s/ *Kent A. Yalowitz*

Kent A. Yalowitz (pro hac vice)
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
kent.yalowitz@arnoldporter.com

E. Whitney Debevoise
Sally L. Pei
Stephen K. Wirth
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
whitney.debevoise@arnoldporter.com

*Counsel for the Bolivarian Republic of Venezuela*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2020, I electronically filed the foregoing with the Clerk of the Court for the U.S District Court of the District of Columbia using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Kent A. Yalowitz*
Kent A. Yalowitz