AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia    ▼

| | | |
|---|---|---|
| Saint Gobain Performance Plastics Europe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:20-cv-00129-RC |
| Bolivarian Republic of Venezuela | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bolivarian Republic of Venezuela                                                                                    .

Date:    04/07/2020

/s/ Allon Kedem

*Attorney's signature*

Allon Kedem (No. 1009039)

*Printed name and bar number*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001

*Address*

allon.kedem@arnoldporter.com

*E-mail address*

(202) 942-5000

*Telephone number*

(202) 942-5999

*FAX number*