# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>    Plaintiff,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>    Defendant | Civil Action No.: 1:20-cv-00129-RC |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Saint-Gobain Performance Plastics Europe's Motion for a Status Conference it is hereby ORDERED that:

Plaintiff Saint-Gobain Performance Plastics Europe's Motion for a Status Conference is GRANTED, and it is further ORDERED that a status conference will be held on _____ day of _____, 2020 at _____.

Dated:                                          _____
                                                        U.S. District Court Judge

1