**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAINT-GOBAIN PERFORMANCE PLASTICS
EUROPE,

*Plaintiff*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

*Defendant*.

Case No. 1:20-cv-00129

**NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that Defendant, the Bolivarian Republic of Venezuela

(the Republic), appeals to the United States Court of Appeals for the District of Columbia Circuit

from the District Court's Order and Final Judgment entered on February 1, 2021. D.E. 54. The

Republic appeals from the entirety of the Order and Final Judgment, including, to the extent

necessary, from the Memorandum Opinion upon which the Order and Final Judgment relies,

D.E. 55, and from the Memorandum Order upon which the Order and Final Judgment relies,

D.E. 39.

Dated:  February 26, 2021

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ Kent A. Yalowitz*
Kent A. Yalowitz
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
Kent.Yalowitz@arnoldporter.com

1

E. Whitney Debevoise
Allon Kedem
Sally L. Pei
Stephen K. Wirth
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: (202) 942-5000
F: (202) 942-5999

*Attorneys for the Bolivarian Republic of Venezuela*