**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

          Plaintiff,

    v.

BOLIVARIAN REPUBLIC OF
VENEZUELA

          Defendant

Civil Action No.: 1:20-cv-00129-RC

**PROPOSED ORDER**

Upon review and consideration of Plaintiff Saint-Gobain Performance Plastics Europe's ("Plaintiff" or "Saint-Gobain") motion for an Order (*i*) pursuant to 28 U.S.C. § 1610(c) determining that a reasonable period of time has elapsed since the entry of Judgment in this case such that Plaintiff may seek to attach the Bolivarian Republic of Venezuela's ("Defendant" or "Venezuela") assets to aid in the execution of the Judgment, and (*ii*) permitting Plaintiff to register the Judgment in other judicial districts pursuant to 28 U.S.C. § 1963; Defendant's Opposition thereto; and the entire record in this case, it is:

**ORDERED** that Plaintiff's motion is **GRANTED**;

**ORDERED** that the Court finds that a reasonable period of time has elapsed within the meaning of 28 U.S.C. § 1610(c) following entry of the Judgment in this case; and

**ORDERED** that the Court finds good cause to permit Plaintiff to register the Judgment in other judicial districts of the United States, including the District of Delaware.

**SO ORDERED** this ___ day of _____, 2021.

1

2

_____
Hon. Rudolph Contreras
United States District Judge

2