**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

        *Plaintiff*,

     v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

        *Defendant*.

Civil Action No. 1:20-cv-00129-RC

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF
PURSUANT TO 28 U.S.C. § 1610(C) AND 28 U.S.C. § 1963**

Pursuant to Local Rule 7, the Bolivarian Republic of Venezuela hereby respectfully moves for an extension of time, up to and including June 10, 2021, to file its opposition to Plaintiff's Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963. ECF No. 58. The Republic's opposition is currently due on June 3, 2021. In support of its motion, the Republic states as follows:

1.     On February 1, 2021, this Court issued an order granting Plaintiff's motion for summary judgment and denying the Republic's cross-motion to dismiss. ECF No. 54, 55.

2.     On February 26, 2021, the Republic filed a notice of appeal to the D.C. Circuit. ECF No. 56. The Republic challenges this Court's determination that Plaintiff validly served the Republic under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, as authorized by the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(2). The Republic's opening brief on appeal is due today, June 2, 2021.

1

3.      Notwithstanding the Republic's pending appeal, on May 20, 2021, Plaintiff moved for relief pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963, such that Plaintiff may seek to attach the Republic's assets in aid of execution of this Court's judgment, and may register the judgment in other judicial districts of the United States.  ECF No. 58.

4.      The Republic's opposition to Plaintiff's motion is currently due on June 3, 2021.

5.      Good cause exists for the requested extension.  The Republic is currently facing numerous competing deadlines in federal court actions around the country, including an opening brief in the D.C. Circuit in *Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*, No. 21-7019 (D.C. Cir.), due today, June 2, 2021, and an opposition to a motion to compel discovery in *Comparelli v. Bolivarian Republic of Venezuela*, No. 14-cv-24414 (S.D. Fla.), also due today, June 2, 2021.  In addition to the press of these and other matters, the difficulty of communicating with representatives of a foreign sovereign, and of reaching fully vetted decisions on behalf of that foreign sovereign, has further interfered with the Republic's ability to consider its response to Plaintiff's motion in this case.

6.      A short extension of one week would permit the Republic and its counsel adequate time to prepare an appropriate response to Plaintiff's motion.

7.      Courts in this District frequently grant foreign sovereigns' requests for extensions of filing deadlines.  *See, e.g.*, *Masdar Solar & Wind Cooperatief U.A. v. Kingdom of Spain*, No. 18-cv-2254 (D.D.C. Mar. 12, 2019) (Boasberg, J.) (allowing Spain 38-day extension of time); *UAB E Energija v. Republic of Latvia*, No. 20-cv-2426 (D.D.C. Nov. 3, 2020) (Cooper, J.) (allowing Latvia 17-day extension of time);  *Philipp v. Federal Republic of Germany*, No. 15-cv-266 (D.D.C. Jan. 14, 2016) (Kollar-Kotelly, J.) (granting Germany 60-day extension of time).

8.      No previous extensions have been granted in this case, and Plaintiff will not be prejudiced by a one-week extension.

9.      Pursuant to Local Rule 7(m), on June 2, 2021, counsel for the Republic contacted counsel for Plaintiff regarding the Republic's request for an extension of time.  Plaintiff consents to the Republic's motion.

For the foregoing reasons, the Bolivarian Republic of Venezuela respectfully requests that the Court grant this motion and extend the deadline for the Republic's response to Plaintiff's motion up to and including June 10, 2021.  A proposed order is attached.


Dated: June 2, 2021                                           Respectfully submitted,
        New York, New York
                                                              ARNOLD & PORTER
                                                                KAYE SCHOLER LLP


                                                       By:    Kent A. Yalowitz
E. Whitney Debevoise                                          250 West 55th Street
Allon Kedem                                                   New York, NY 10019
Sally L. Pei                                                  T: (212) 836-8000
Stephen K. Wirth                                              F: (212) 836-8689
601 Massachusetts Ave., NW                                    Kent.Yalowitz@arnoldporter.com
Washington, DC 20001
T: (202) 942-5000                                             *Attorneys for the Bolivarian Republic of*
F: (202) 942-5999                                             *Venezuela*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2021, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Columbia using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Kent A. Yalowitz*
Kent A. Yalowitz