**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　　　*Defendant*. | Civil Action No. 1:20-cv-00129-RC |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION**
**FOR RELIEF PURSUANT TO 28 U.S.C. § 1610(C) AND 28 U.S.C. § 1963**

Having considered Defendant the Bolivarian Republic of Venezuela's unopposed motion for extension of time to file an opposition to Plaintiff's Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963, and good cause appearing, it is hereby ORDERED that the motion is granted.  Defendant shall file its opposition to Plaintiff's motion on or before June 10, 2021.


Dated: _____, 2021　　　　　　HON. RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

1