IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　　Defendant. | Civil Action No.: 1:20-cv-00129-RC |

**NOTICE OF WITHDRAWAL OF APPEARANCE
OF CARLOS RAMOS-MROSOVSKY**

I respectfully withdraw my appearance as counsel for the Plaintiff in the above-captioned action. I am no longer associated with Alston & Bird LLP, which continues to act for the Plaintiffs in this matter.

Dated: September 23, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　*/s/* Carlos Ramos-Mrosovsky
　　　　　　　　　　　　　　　　　　　Carlos Ramos-Mrosovsky
　　　　　　　　　　　　　　　　　　**BAKER & HOSTETLER LLP**
　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　14th Floor
　　　　　　　　　　　　　　　　　　New York, NY  10111
　　　　　　　　　　　　　　　　　　cramosmrosovsky@bakerlaw.com
　　　　　　　　　　　　　　　　　　Telephone:　212.589.4200
　　　　　　　　　　　　　　　　　　Facsimile:　212.589.4201