# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-7019**                                    **September Term, 2021**

**1:20-cv-00129-RC**

**Filed On: March 28, 2022** [1940861]

Saint-Gobain Performance Plastics Europe,

      Appellee

    v.

Bolivarian Republic of Venezuela,

      Appellant

## M A N D A T E

In accordance with the judgment of January 25, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

        BY:    /s/
                    Daniel J. Reidy
                    Deputy Clerk

Link to the judgment filed January 25, 2022