# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 21-7019**  **September Term, 2021**

FILED ON: JANUARY 25, 2022

SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,
   APPELLEE

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,
   APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-00129)

---

Before: ROGERS and WALKER, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

### **J U D G M E N T**

  This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

  **ORDERED** and **ADJUDGED** that the District Court's grant of summary judgment to Saint-Gobain be reversed; and the case be remanded for the District Court to afford Saint-Gobain the opportunity to effect service pursuant to the Hague Convention or otherwise as 28 U.S.C. § 1608 allows, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

            **FOR THE COURT:**
            Mark J. Langer, Clerk

         BY: /s/

            Michael C. McGrail
            Deputy Clerk

Date: January 25, 2022

Opinion for the court filed by Circuit Judge Rogers.