UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>*Plaintiff*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Defendant*. | Civil Action No. 1:20-cv-00129-RC |

**DEFENDANT'S STATEMENT REGARDING FURTHER PROCEEDINGS**

The Bolivarian Republic of Venezuela ("the Republic") respectfully submits this statement in response to the Court's March 29, 2022 order directing the parties to meet, confer, and jointly propose a briefing schedule to govern further proceedings in this matter.

As this Court is aware, the D.C. Circuit "remand[ed] the case for the district court to afford Saint-Gobain the opportunity to effect service pursuant to the Hague Convention or otherwise as 28 U.S.C. § 1608 allows." *Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*, 23 F.4th 1036, 1042 (D.C. Cir. 2022). The mandate issued on March 28, 2022, ECF No. 64.

Accordingly, the next step in this case is for Saint-Gobain to be given the opportunity to serve process on the Republic. The Republic proposes that Plaintiff be given 90 days from the date of the issuance of the D.C. Circuit's mandate to effect service, subject to reasonable extensions if the circumstances warrant. On April 7, 2022, pursuant to this Court's order, counsel for the Republic wrote to counsel for Plaintiff setting forth this proposal. Counsel for Plaintiff did not respond.

1

Dated: April 28, 2022
      New York, New York

Respectfully submitted,

ARNOLD & PORTER
    KAYE SCHOLER LLP

By: _____
Kent A. Yalowitz
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
Kent.Yalowitz@arnoldporter.com

E. Whitney Debevoise
Allon Kedem
Sally L. Pei
Stephen K. Wirth
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999

*Attorneys for the Bolivarian Republic of Venezuela*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2022, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*s/ Kent A. Yalowitz*
Kent A. Yalowitz