IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>Defendant | Civil Action No.: 1:20-cv-00129-RC |

**JOINT STATUS REPORT REGARDING FURTHER PROCEEDINGS**

Plaintiff Saint-Gobain Performance Plastics Europe ("Plaintiff" or "Saint-Gobain") and Defendant Bolivarian Republic of Venezuela ("Venezuela") respectfully submit this statement responding to the Court's June 6, 2022 Minute Order instructing the Parties to submit a Joint Status Report on or before June 30, 2022.

Saint-Gobain is appealing the D.C. Circuit's January 25, 2022 decision reversing this Court's earlier decision in this matter. In particular, on June 16, 2022, Saint-Gobain filed a petition for writ of certiorari before the United States Supreme Court (the "Petition").

On June 27, 2022, Venezuela waived its right to respond to the Petition. The Petition has been distributed for consideration at the Supreme Court's September 28, 2022 conference.

Desiring to preserve the issue of service on foreign sovereign States for the Supreme Court, Saint-Gobain respectfully requests the Court to continue the stay until either the Supreme Court (*i*) denies Saint-Gobain's petition for writ of certiorari or (*ii*) issues a decision on the merits after granting Saint-Gobain's petition for writ of certiorari. Should the Supreme Court deny the Petition, Saint-Gobain requests 90 days from the date of such decision to issue service through

1

diplomatic channels.  Saint-Gobain would then file regular status reports in intervals of the Court's preference updating the Court on the progress of, or response to, Saint-Gobain's service request.

Venezuela does not oppose Saint-Gobain's request.

Dated: June 30, 2022                                   Respectfully submitted,

*/s/ Kent A. Yalowitz*                                        */s/ Alexander Yanos*
ARNOLD & PORTER                                ALSTON & BIRD LLP
 KAYE SCHOLER LLP                              Alexander Yanos
Kent A. Yalowitz                                          Rajat Rana
250 West 55th Street                                   90 Park Avenue
New York, NY 10019                                  New York, NY 10016
Telephone: 212-836-8000                          Telephone: 212-210-9400
Facsimile: 212-836-8689                            Facsimile: 212-210-9444
kent.yalowitz@arnoldporter.com              alex.yanos@alston.com
                                                                       rajat.rana@alston.com
ARNOLD & PORTER KAYE SCHOLER
LLP                                                                *Counsel for Plaintiff Saint-Gobain Performance*
E. Whitney Debevoise                                *Plastics Europe*
Allon Kedem
Sally L. Pei
Stephen K. Wirth
601 Massachusetts Ave., NW
Washington, DC 200001
Telephone: 202-942-5000
Facsimile: 202-942-5999

*Counsel for the Bolivarian Republic of Venezuela*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2022, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

                                                  Alexander Yanos