IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>　　　　Defendant | Civil Action No.: 1:20-cv-00129-RC |

**JOINT STATUS REPORT REGARDING FURTHER PROCEEDINGS**

　　Plaintiff Saint-Gobain Performance Plastics Europe ("Plaintiff" or "Saint-Gobain") and Defendant Bolivarian Republic of Venezuela ("Venezuela") respectfully submit this statement responding to the Court's June 30, 2022, Minute Order instructing the Parties to submit a Joint Status Report within 30 days of either the United States Supreme Court's (*i*) denial of Saint-Gobain's petition for writ of certiorari or (*ii*) ruling on the merits of an appeal.

　　On October 3, the United States Supreme Court denied Saint-Gobain's petition for certiorari.  *See Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*, No. 21-1574.  Saint-Gobain is now in the process of compiling all necessary papers to re-serve Venezuela, this time through diplomatic service pursuant to 28 USCS § 1608(a)(4).  Because these proceedings have been transferred to this District from the District of Delaware since Saint-Gobain's filing of the complaint, Saint-Gobain requested and received a new summons from this Court.  *See* ECF Nos. 68, 69.  Saint-Gobain is now in the process of translating the necessary filings and will promptly thereafter file its request to the clerk to initiate diplomatic service once completed.

Saint-Gobain offers to file regular status reports every 30 days or at whatever frequency the Court's prefers to update the Court on the progress of, or response to, Saint-Gobain's service request.

Venezuela does not oppose Saint-Gobain's request.

Dated: November 2, 2022

Respectfully submitted,

*/s/ Kent A. Yalowitz*_____
ARNOLD & PORTER
 KAYE SCHOLER LLP
Kent A. Yalowitz
250 West 55th Street
New York, NY 10019
Telephone: 212-836-8000
Facsimile: 212-836-8689
kent.yalowitz@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
E. Whitney Debevoise
Allon Kedem
Sally L. Pei
Stephen K. Wirth
601 Massachusetts Ave., NW
Washington, DC 200001
Telephone: 202-942-5000
Facsimile: 202-942-5999

*Counsel for the Bolivarian Republic of Venezuela*

*/s/ Alexander Yanos*_____
ALSTON & BIRD LLP
Alexander Yanos
Rajat Rana
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
alex.yanos@alston.com
rajat.rana@alston.com

*Counsel for Plaintiff Saint-Gobain Performance Plastics Europe*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Alexander Yanos*
Alexander Yanos

1