# EXHIBIT D

Case 2020-0000929-RC Document Track+ Trace Packages Filed 04/20/22 Page 2 of 2

# SHIPPING TOOLS

## Your Tracking Information

| English (US) | ▼ |
|---|---|

| | |
|---|---|
| **Shipment ID:** | MA7UX487H8U9F |
| **Number of Packages:** | 2 pkgs |

Click on the PackageID to view the status of each package.

| Pkg 1 | **DELIVERED** | **MA7UX484M5KCX** |
|---|---|---|
| Pkg 2 | DELIVERED | MA7UX48UUMJBV |

| | |
|---|---|
| **Status: (Package 1)** | DELIVERED |
| **Delivered To:** | CARACAS, VE |
| **Delivery Date:** | Fri 21 Dec 2018 |
| **Delivery Location:** | Office |
| **Signed By:** | T FLORES |
| **Carrier:** | UPS |
| **Service:** | Worldwide Express Saver |
| **UPS Tracking Number:** | 1Z17704E0478810734 |

### Scan History:

| | | |
|---|---|---|
| Fri 21 Dec 2018 | 11:39 AM | Delivered CARACAS VE |
| | 5:44 AM | Destination Scan Caracas VE |
| Thu 20 Dec 2018 | 4:47 PM | Departure Scan Caracas VE |
| | 10:31 AM | Your package is awaiting release from the clearing agency. / Your package was released by the clearing agency. |
| Wed 19 Dec 2018 | 4:18 PM | Your package is awaiting release from the clearing agency. |
| | 10:00 AM | Arrival Scan Caracas VE |
| Tue 18 Dec 2018 | 12:38 PM | Departure Scan Miami FL US |
| Sat 15 Dec 2018 | 1:43 PM | Export Scan Miami FL US |
| | 9:23 AM | Arrival Scan Miami FL US |
| | 6:52 AM | Departure Scan Louisville KY US |
| | 2:03 AM | Arrival Scan Louisville KY US |
| Fri 14 Dec 2018 | 11:53 PM | Departure Scan Newark NJ US |
| | 10:27 PM | Arrival Scan Newark NJ US |
| | 10:04 PM | Departure Scan New York NY US |
| | 9:34 PM | Origin Scan New York NY US |
| | 8:47 PM | Pickup Scan New York NY US |
| | 8:23 PM | Order Processed: Ready for UPS US |

**NOTE:** The times listed in the scan details are local time.

[ Done ]

## Track Another Package

**Carrier Tracking Number / iShip ID:**

[_____] [ Submit ]

Tracking provided for

