# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

     Plaintiff,

    v.

BOLIVARIAN REPUBLIC OF
VENEZUELA

     Defendant

Civil Action No.: 1:20-cv-00129-RC

Pursuant to 28 U.S.C. § 1746, and in support of the request for service pursuant to 28 U.S.C. § 1608(a)(4), I, Alexander A. Yanos, hereby certify the following regarding prior service attempts under 28 U.S.C. § 1608(a):

1. Service under 28 U.S.C. § 1608(a)(1) is unavailable in this dispute, as Saint-Gobain and Venezuela do not have any "special arrangement for service";

2. Service under 28 U.S.C. § 1608(a)(2) has proven unsuccessful, as the Venezuelan Central Authority, the Foreign Ministry, ignored Saint-Gobain's efforts to serve Venezuela pursuant to the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention"); and

3. Service under 28 U.S.C. § 1608(a)(3) is unavailable because Venezuela objected to service by mail when it acceded to the Hague Convention.

Accordingly, service under 28 U.S.C. § 1608(a)(4) is appropriate and necessary.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2022          Respectfully submitted,

ALSTON & BIRD LLP
Alex Yanos
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
alex.yanos@alston.com

*Counsel for Plaintiff Saint-Gobain Performance Plastics Europe*

2

## CERTIFICATE OF SERVICE

I, Alexander A. Yanos, hereby certify that on December 1, 2022, a true and correct copy of the above service request was served upon Defendant Bolivarian Republic of Venezuela in this action by ECF filing.

Dated: December 1, 2022

Alexander A. Yanos