IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>           Plaintiff,<br><br>     v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>           Defendant | Civil Action No.: 1:20-cv-00129-RC |

## STATUS REPORT REGARDING SERVICE UPON DEFENDANT

Plaintiff Saint-Gobain Performance Plastics Europe ("Plaintiff") respectfully submits this status report responding to the Court's November 3, 2022, Minute Order instructing the Plaintiff to submit a report every 30 days to relay its progress reissuing service upon Defendant Bolivarian Republic of Venezuela.

On December 1, 2022, Plaintiff filed a request for the Clerk to initiate diplomatic service pursuant to 28 U.S.C. § 1608(a)(4).  *See* ECF 71.  That same day, Plaintiff's counsel has mailed to the Clerk's office the requisite check and hard copy documents for inspection and mailing to the Department of State.

In accordance with the Court's November 3, 2022, Minute Order, Plaintiff will keep the Court informed with monthly status reports and notify the Court once Plaintiff is informed that service was completed.

2

Dated: December 2, 2022	Respectfully submitted,

*/s/ Alexander Yanos*_____
ALSTON & BIRD LLP
Alexander Yanos
Rajat Rana
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
alex.yanos@alston.com
rajat.rana@alston.com

*Counsel for Plaintiff Saint-Gobain Performance Plastics Europe*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Alexander Yanos*
Alexander Yanos