# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Alexander A. Yanos                  Direct Dial: **212-210-9584**                  Email: **alex.yanos@alston.com**

December 1, 2022

Office of the Clerk
Attn: Angela D. Cesar
United States District Court
for the District of Columbia
333 Constitution Ave. NW
Washington, D.C. 20001



RECEIVED
Mail Room

DEC - 1 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Re:   *Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela et al.*, No. 1:20-cv-129-RC.

Dear Ms. Cesar,

Enclosed in this package are all the requisite materials for Plaintiff Saint-Gobain Performance Plastics Europe's request for diplomatic service.

On December 1, 2022, I filed a letter requesting diplomatic service on the above-captioned docket. *See* ECF No. 71. A hard copy of that letter, along with its exhibits and a copy of the ECF filing notice, is enclosed behind this cover letter.

Also enclosed are the hard copy papers for mailing to the United States Department of State. These documents include:

- **Cover Letter.** I have drafted a cover letter for any recipient of these papers to explain the complex procedural history of this matter.

- **Notice of Suit.** Per the State Department's specifications, a copy of the Foreign Sovereign Immunity Act is exhibited to the notice.

- **Summons.**

- **The Complaint.** I have included a copy of the complaint, along with the supporting Declaration of Alex Yanos and Exhibits 1-5.

- **Corporate Disclosure.**

Alston & Bird LLP                                                                  www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela et al.,
No. 1:20-cv-129-RC.
December 1, 2022
Page 2

 I have included two copies of the above documents in English, as well as two copies of the above documents translated in Spanish.

 Lastly, I have enclosed a cashier's check for $2,275.00 to be mailed along with the above listed materials.

 If you have any questions or concerns, please do not hesitate to call my colleague, Robert Poole, who is assisting me in this matter at 404-881-4547.

      Sincerely,

      Alexander A. Yanos