Case 1:20-cv-00129-RC    Document 74-1    Filed 12/06/22    Page 1 of 1

**FedEx** Express

**Package US Airbill**

FedEx Tracking Number **8106 8398 3062**

Form ID No. **0200**

Sender's Copy

**1 From** *Please print and press hard.*

Date _____

Sender's FedEx Account Number **0 3 0 0 - 0 1 4 9 - 4**

Sender's Name **Clerk's Office**   Phone ( **202** ) **354-3000**

Company **U.S. District Court**

Address **333 Constitution Ave NW**

City **Washington**   State **DC**   ZIP **20001**

**2 Your Internal Billing Reference**
*First 24 characters will appear on invoice.*   OPTIONAL

**3 To**

Recipient's Name **Attn: FSIA**   Phone ( )

Company **U.S. Dept. of State**

Address **L/CA/POG, SA-17, 10th Floor**
*We cannot deliver to P.O. boxes or P.O. ZIP codes.*

Address _____
*Use this line for the HOLD location address or for continuation of your shipping address.*

City **Washington**   State **DC**   ZIP **20000** **20522-1710**

**20-cv-00129-RC**

Ship it. Track it. Pay for it. All online.
Go to fedex.com

**4 Express Package Service** *• To most locations.*

Packages up to 150 lbs.
*For packages over 150 lbs., use the FedEx Express Freight US Airbill.*

**Next Business Day**

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
Second business morning.* Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

**5 Packaging** *• Declared value limit $500.*

☐ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling and Delivery Signature Options** *Fees may apply. See the FedEx Service Guide.*

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**Does this shipment contain dangerous goods?**
*One box must be checked.*

☐ No   ☐ Yes *As per attached Shipper's Declaration.*   ☐ Yes *Shipper's Declaration not required.*   ☐ Dry Ice *Dry Ice, 9, UN 1845* ___ x ___ kg

*Restrictions apply for dangerous goods — see the current FedEx Service Guide.*

☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender *Acct. No. in Section 1 will be billed.*   ☐ Recipient   ☒ Third Party   ☐ Credit Card   ☐ Cash/Check

FedEx Acct. No.
Credit Card No. _____ Exp. Date ___

Total Packages   Total Weight   Total Declared Value†
___ lbs.   $ ___ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.
Rev. Date 3/15 • Part #167002 • ©2012–2015 FedEx • PRINTED IN U.S.A. RRDA 00/00

**644**

fedex.com  1.800.GoFedEx  1.800.463.3339

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.