**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

      Plaintiff,

    v.

BOLIVARIAN REPUBLIC OF
VENEZUELA

      Defendant

Civil Action No.: 1:20-cv-00129-RC

## STATUS REPORT REGARDING SERVICE UPON DEFENDANT

Plaintiff Saint-Gobain Performance Plastics Europe ("Plaintiff") submits this status report responding to the Court's November 3, 2022, Minute Order instructing the Plaintiff to submit a report every 30 days to relay its progress reissuing service upon Defendant Bolivarian Republic of Venezuela.

On December 1, 2022, Plaintiff filed a request for the Clerk to initiate diplomatic service pursuant to 28 U.S.C. § 1608(a)(4).  *See* ECF No. 71.  That same day, Plaintiff's counsel mailed to the Clerk's office the requisite check and hard copy documents for inspection and mailing to the Department of State.

On December 6, 2022, the Clerk of Court filed a certificate confirming the mailing of two copies of the summons, complaint, and notice of suit, along with translations of the same, by certified mail to the United States Department of State.  *See* ECF No. 74.

Plaintiff's counsel have heard no other update but, in accordance with the Court's November 3, 2022, Minute Order, Plaintiff will keep the Court informed with monthly status reports and notify the Court once Plaintiff is informed that service was completed.

Dated: January 3, 2023     Respectfully submitted,


        */s/ Alexander Yanos*_____
        ALSTON & BIRD LLP
        Alexander Yanos
        Rajat Rana
        90 Park Avenue
        New York, NY 10016
        Telephone: 212-210-9400
        Facsimile: 212-210-9444
        alex.yanos@alston.com
        rajat.rana@alston.com

        *Counsel for Plaintiff Saint-Gobain Performance Plastics Europe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2023, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Alexander Yanos*
Alexander Yanos