## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

      Plaintiff,

    v.

BOLIVARIAN REPUBLIC OF
VENEZUELA

      Defendant

Civil Action No.: 1:20-cv-00129-RC

## STATUS REPORT REGARDING SERVICE UPON DEFENDANT

Plaintiff Saint-Gobain Performance Plastics Europe ("Plaintiff") submits this status report responding to the Court's November 3, 2022, Minute Order instructing the Plaintiff to submit a report every 30 days to relay its progress reissuing service upon Defendant Bolivarian Republic of Venezuela.

On December 1, 2022, Plaintiff filed a request for the Clerk to initiate diplomatic service pursuant to 28 U.S.C. § 1608(a)(4).  *See* ECF No. 71.  That same day, Plaintiff's counsel mailed to the Clerk's office the requisite check and hard copy documents for inspection and mailing to the Department of State.

On December 6, 2022, the Clerk of Court filed a certificate confirming the mailing of two copies of the summons, complaint, and notice of suit, along with translations of the same, by certified mail to the United States Department of State.  *See* ECF No. 74.

Plaintiff's counsel has heard no other development but has emailed the Office of the Legal Adviser for the United States Department of State requesting an update on their efforts to serve Venezuela.  In accordance with the Court's November 3, 2022, Minute Order, Plaintiff will keep

the Court informed with monthly status reports and notify the Court once Plaintiff is informed that

service was completed.

Dated: January 31, 2023                    Respectfully submitted,


                                           */s/ Alexander Yanos*_____
                                           ALSTON & BIRD LLP
                                           Alexander Yanos
                                           Rajat Rana
                                           90 Park Avenue
                                           New York, NY 10016
                                           Telephone: 212-210-9400
                                           Facsimile: 212-210-9444
                                           alex.yanos@alston.com
                                           rajat.rana@alston.com

                                           *Counsel for Plaintiff Saint-Gobain Performance*
                                           *Plastics Europe*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 31, 2023, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Alexander Yanos*
Alexander Yanos
