IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>    Plaintiff,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>    Defendant | Civil Action No.: 1:20-cv-00129-RC |

### STATUS REPORT REGARDING SERVICE UPON DEFENDANT

Plaintiff Saint-Gobain Performance Plastics Europe ("Plaintiff") submits this status report responding to the Court's November 3, 2022, Minute Order instructing the Plaintiff to submit a report every 30 days to relay its progress reissuing service upon Defendant Bolivarian Republic of Venezuela.

On December 1, 2022, Plaintiff filed a request for the Clerk to initiate diplomatic service pursuant to 28 U.S.C. § 1608(a)(4).  *See* ECF No. 71.  That same day, Plaintiff's counsel mailed to the Clerk's office the requisite check and hard copy documents for inspection and mailing to the Department of State.

On December 6, 2022, the Clerk of Court filed a certificate confirming the mailing of two copies of the summons, complaint, and notice of suit, along with translations of the same, by certified mail to the United States Department of State.  *See* ECF No. 74.

Plaintiff's counsel has heard no other development but has emailed the Office of the Legal Adviser for the United States Department of State several times requesting an update on their efforts to serve Venezuela.  Plaintiff's counsel has not yet received a response.  Plaintiff's counsel

has also called the State Department but was directed to voicemail.  Plaintiff's counsel left a message requesting an update but has yet to hear back.  In accordance with the Court's November 3, 2022, Minute Order, Plaintiff will keep the Court informed with monthly status reports and notify the Court once Plaintiff is informed that service was completed.

Dated: March 2, 2023                                     Respectfully submitted,

/s/ Alexander Yanos _____
ALSTON & BIRD LLP
Alexander Yanos
Rajat Rana
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
alex.yanos@alston.com
rajat.rana@alston.com

*Counsel for Plaintiff Saint-Gobain Performance Plastics Europe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2023, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Alexander Yanos*
Alexander Yanos