# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>      Plaintiff,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>      Defendant | Civil Action No.: 1:20-cv-00129-RC |

## STATUS REPORT REGARDING SERVICE UPON DEFENDANT

Plaintiff Saint-Gobain Performance Plastics Europe ("Plaintiff") submits this status report responding to the Court's November 3, 2022, Minute Order instructing the Plaintiff to submit a report every 30 days to relay its progress reissuing service upon Defendant Bolivarian Republic of Venezuela.

On December 1, 2022, Plaintiff filed a request for the Clerk to initiate diplomatic service pursuant to 28 U.S.C. § 1608(a)(4). *See* ECF No. 71. That same day, Plaintiff's counsel mailed to the Clerk's office the requisite check and hard copy documents for inspection and mailing to the Department of State.

On December 6, 2022, the Clerk of Court filed a certificate confirming the mailing of two copies of the summons, complaint, and notice of suit, along with translations of the same, by certified mail to the United States Department of State. *See* ECF No. 74.

Plaintiff's counsel contacted the Office of the Legal Adviser for the United States Department of State several times over the past couple of months requesting an update on their efforts to serve Venezuela. On March 30, 2023, Plaintiff's counsel received a response confirming

that the Department of State received Plaintiff's service request, which is currently being processed. Despite the Clerk having mailed the service papers just shy of four months ago, the State Department stated that it has not yet transmitted the documents to Venezuela.

In accordance with the Court's November 3, 2022, Minute Order, Plaintiff will keep the Court informed with monthly status reports and notify the Court once Plaintiff is informed that service was completed.

Dated: April 3, 2023          Respectfully submitted,

                 */s/ Alexander Yanos* _____
                 ALSTON & BIRD LLP
                 Alexander Yanos
                 Rajat Rana
                 90 Park Avenue
                 New York, NY 10016
                 Telephone: 212-210-9400
                 Facsimile: 212-210-9444
                 alex.yanos@alston.com
                 rajat.rana@alston.com

                 *Counsel for Plaintiff Saint-Gobain Performance Plastics Europe*

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 3, 2023, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

                  */s/ Alexander Yanos*
                  Alexander Yanos