IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>        Plaintiff,<br><br>   v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>        Defendant | Civil Action No.: 1:20-cv-00129-RC |

## STATUS REPORT REGARDING SERVICE UPON DEFENDANT

Plaintiff Saint-Gobain Performance Plastics Europe ("Plaintiff") submits this status report responding to the Court's November 3, 2022, Minute Order instructing the Plaintiff to submit a report every 30 days to relay its progress reissuing service upon Defendant Bolivarian Republic of Venezuela ("Venezuela").

On May 30, 2023, the State Department informed Plaintiff's counsel that the State Department successfully served Venezuela and that the State Department expects a certified copy of the diplomatic note of transmittal in the coming days. Plaintiff will notify the Court as soon as it receives a copy of the diplomatic note of transmittal. Otherwise, in accordance with the Court's November 3, 2022, Minute Order, Plaintiff will keep the Court informed with monthly status reports.

Dated: May 31, 2023 Respectfully submitted,

*/s/ Alexander Yanos* _____
ALSTON & BIRD LLP
Alexander Yanos
Rajat Rana
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
alex.yanos@alston.com
rajat.rana@alston.com

*Counsel for Plaintiff Saint-Gobain Performance Plastics Europe*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2023, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Alexander Yanos*
Alexander Yanos