**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

      Plaintiff,

    v.

BOLIVARIAN REPUBLIC OF
VENEZUELA

      Defendant

Civil Action No.: 1:20-cv-00129-RC

**<u>STATUS REPORT REGARDING SERVICE UPON DEFENDANT</u>**

Plaintiff Saint-Gobain Performance Plastics Europe ("Plaintiff") submits this status report responding to the Court's November 3, 2022, Minute Order instructing the Plaintiff to submit a report every 30 days to relay its progress reissuing service upon Defendant Bolivarian Republic of Venezuela ("Venezuela").

On May 31, 2023, Plaintiff filed a status report stating that the State Department informed Plaintiff's counsel that the State Department successfully served Venezuela and that the State Department expects a certified copy of the diplomatic note of transmittal in the coming days. On June 1, 2023, Plaintiff's counsel received by mail a certified copy of the diplomatic note confirming that service was completed. The State Department's letter to the Clerk, the certified copy of the diplomatic note, and the note's relevant enclosures are attached as Exhibit A to this status update. Plaintiffs' counsel will promptly reach out to Defendant's counsel to meet and confer on how to proceed with this matter in the most efficient means possible.

Dated: June 1, 2023                    Respectfully submitted,


                                       */s/ Alexander Yanos* _____
                                       ALSTON & BIRD LLP
                                       Alexander Yanos
                                       Rajat Rana
                                       90 Park Avenue
                                       New York, NY 10016
                                       Telephone: 212-210-9400
                                       Facsimile: 212-210-9444
                                       alex.yanos@alston.com
                                       rajat.rana@alston.com

                                       *Counsel for Plaintiff Saint-Gobain Performance
                                       Plastics Europe*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 1, 2023, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Alexander Yanos*
Alexander Yanos