

**United States Department of State**

*Washington, D.C.   20520*

May 26, 2023

Ms. Angela D. Caesar
Clerk of the Court
U.S. District Court for the District of
Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001



RECEIVED
Mail Room

MAY 31 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**Re:  *Saint-Gobain Performance Europe v. The Bolivarian Republic of Venezuela*,
1:20-cv-129-RC**

Dear Ms. Caesar:

I am writing regarding the Court's request pursuant to 28 U.S.C. Section 1608(a)(4) for
transmittal of a Summons, Complaint to Register and Enforce ICSID Arbitration Award as a
Foreign Judgment, Civil Cover Sheet, Declaration of Alexander A. Yanos in Support of
Complaint to Register and Enforce ICSID Arbitration Award as a Foreign Judgement (Exhibits
1-5), Corporate Disclosure Statement, and Notice of Suit to the Bolivarian Republic of
Venezuela as a defendant in the above referenced lawsuit.

The documents were delivered in Washington, DC under cover of U.S. Department of State
diplomatic note to the Presidential Commissioner for Foreign Relations of the Bolivarian
Republic of Venezuela, an accredited representative put forward by the National Assembly to
represent the Bolivarian Republic of Venezuela to the United States. The diplomatic note was
dated May 16, 2023 and delivered on May 18, 2023.   A Certified copy of the diplomatic note is
enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should
not be construed as an indication in any way of the United States' position or views on whether plaintiffs have
properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether
service was properly effected, or the merits of any claims or defenses.

Cc: Mr. Robert H. Poole
    Alston & Bird
    1201 West Peachtree Street
    Atlanta, GA 30309



**United States Department of State**

*Washington, D.C.   20520*

## CERTIFICATION OF DIPLOMATIC NOTE

I, Alison Dilworth, Managing Director of the Directorate of Overseas Citizens Services, in Washington, DC certify that this is a true copy of the United States Department of State diplomatic note dated May 16, 2023 and delivered to the Presidential Commissioner for Foreign Relations of the Bolivarian Republic of Venezuela in Washington, DC on May 18, 2023.

Alison Dilworth, Managing Director
Directorate of Overseas Citizens Services

May 25, 2023

The Department of State refers the Presidential Commissioner for

Foreign Relations of the Bolivarian Republic of Venezuela to the lawsuit

*Saint-Gobain Performance Europe v. The Bolivarian Republic of Venezuela*,

1:20-cv-129-RC, which is pending in the U.S. District Court for the District of

Columbia.  The Bolivarian Republic of Venezuela is a defendant in this case.

The Department transmits a Summons, Complaint to Register and Enforce

ICSID Arbitration Award as a Foreign Judgment ("Complaint"), Civil Cover

Sheet, Declaration of Alexander A. Yanos in Support of Complaint to Register

and Enforce ICSID Arbitration Award as a Foreign Judgement (Exhibits 1-5),

and Corporate Disclosure Statement herewith.  The U.S. District Court for

the District of Columbia has requested service of these documents.  This

note constitutes transmittal of these documents to the Bolivarian Republic

of Venezuela as contemplated in Title 28, United States Code, Section

1608(a)(4).

-2-

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days from the date of transmittal of the Complaint, in this case, the date of this note. In failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Department requests that the enclosed Summons, Complaint, Civil Cover Sheet, Declaration of Alexander A. Yanos in Support of Complaint to Register and Enforce ICSID Arbitration Award as a Foreign Judgement (Exhibits 1-5), and Corporate Disclosure Statement be forwarded to the appropriate authority of the Bolivarian Republic of Venezuela with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons, Complaint, Civil Cover Sheet, Declaration of Alexander A. Yanos in Support of Complaint to Register and Enforce ICSID Arbitration Award as a Foreign Judgement (Exhibits 1-5), and Corporate Disclosure Statement, the Department is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign states.

-3-

Under U.S. law, any jurisdictional or other defense, including claims of sovereign immunity, must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States.  It is the practice of the Department to be available to discuss the requirements of U.S. law with counsel.  The U.S. government is not a party to this case and cannot represent other parties in this matter.

Enclosures:

As stated.

Department of State,

Washington, May 16, 2023.