**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE, <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA <br><br> Defendant | Civil Action No.: 1:20-cv-00129-RC |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF RAJAT RANA**

**PLEASE TAKE NOTICE** that Alston & Bird, LLP ("Alston") is counsel for

*Plaintiff Saint-Gobain Performance Plastics Europe* (the "Plaintiff") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Rule 83.6 of the

Local Rules of Civil Practice and Procedure of the United States District Court for the District of

Columbia, the Plaintiff hereby gives notice of the withdrawal of the appearance of Rajat Rana,

Esquire.

**PLEASE TAKE FURTHER NOTICE** that Alexander Yanos of Alston will continue as counsel to the Plaintiff.

Dated: June 14, 2023                              Respectfully submitted,


                                                  */s/ Rajat Rana* _____
                                                  ALSTON & BIRD LLP
                                                  90 Park Avenue
                                                  New York, NY 10016
                                                  Telephone: 212-210-9400
                                                  Facsimile: 212-210-9444
                                                  Rajat.rana@alston.com

                                                  *Counsel for Plaintiff Saint-Gobain Performance
                                                  Plastics Europe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2023, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Rajat Rana*