**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>      Plaintiff,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>      Defendant | Civil Action No.: 1:20-cv-00129-RC |

## STATUS REPORT REGARDING SERVICE UPON DEFENDANT

Plaintiff Saint-Gobain Performance Plastics Europe ("Plaintiff") submits this status report responding to the Court's November 3, 2022, Minute Order instructing the Plaintiff to submit a report every 30 days to relay its progress reissuing service upon Defendant Bolivarian Republic of Venezuela ("Venezuela").

On May 31, 2023, Plaintiff filed a status report stating that the State Department informed Plaintiff's counsel that the State Department successfully served Venezuela and that the State Department expects a certified copy of the diplomatic note of transmittal in the coming days. On June 1, 2023, Plaintiff's counsel received by mail a certified copy of the diplomatic note confirming that service was completed. On June 2, 2023, Plaintiff's counsel contacted opposing counsel requesting consent to the entry of a judgment on Plaintiff's award, as well as consent that the judgment can be transported to the District Court for the District of Delaware for execution pursuant to 28 U.S.C. §§ 1610(c) and 1963. Opposing counsel responded that they would seek instruction from their client. To date, Plaintiff has not received any further communication. Currently, Venezuela's answer is due on July 17, 2023. *See* ECF No. 82.

Dated: June 30, 2023						Respectfully submitted,

						<u>*/s/ Alexander Yanos*</u> _____
						ALSTON & BIRD LLP
						Alexander Yanos
						90 Park Avenue
						New York, NY 10016
						Telephone: 212-210-9400
						Facsimile: 212-210-9444
						alex.yanos@alston.com

						*Counsel for Plaintiff Saint-Gobain Performance Plastics Europe*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Alexander Yanos*
Alexander Yanos