**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE, <br><br> *Plaintiff,* <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> *Defendant.* | Civil Action No. 1:20-cv-00129-RC |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7, the Bolivarian Republic of Venezuela hereby respectfully moves for an extension of time, up to and including July 24, 2023, to respond to Plaintiff's complaint. The Republic's responsive pleading is currently due on July 17, 2023. In support of its motion, the Republic states as follows:

1. On May 18, 2023, Plaintiff's complaint was served on the Republic via diplomatic channels. ECF No. 82. Pursuant to 28 U.S.C. § 1608(d), the Republic's deadline to respond is 60 days from service, i.e., July 17, 2023. *See* ECF No. 82.

2. On June 2, 2023, Plaintiff's counsel contacted undersigned counsel seeking consent to the entry of judgment on Plaintiff's award, as well as consent to transport the judgment to the District of Delaware for execution pursuant to 28 U.S.C §§ 1610(c) and 1963. Undersigned counsel promptly sought instruction from the Republic.

3. Due to challenging and evolving political circumstances in Venezuela, undersigned counsel has only just been instructed by the Republic with regard to this matter.

4. Good cause exists for the requested extension of the deadline to respond to the complaint. Counsel requires additional time to communicate with Venezuelan officials in order to reach fully vetted decisions on behalf of the Republic and to prepare an appropriate response to Plaintiff's complaint.

5. A short extension of one week would permit the Republic and its counsel adequate time to coordinate on appropriate next steps in this matter.

6. Courts in this District frequently grant foreign sovereigns' requests for extensions of filing deadlines. *See, e.g.*, *Masdar Solar & Wind Cooperatief U.A. v. Kingdom of Spain*, No. 18-cv-2254 (D.D.C. Mar. 12, 2019) (Boasberg, J.) (allowing Spain 38-day extension of time); *UAB E Energija v. Republic of Latvia*, No. 20-cv-2426 (D.D.C. Nov. 3, 2020) (Cooper, J.) (allowing Latvia 17-day extension of time); *Philipp v. Federal Republic of Germany*, No. 15-cv-266 (D.D.C. Jan. 14, 2016) (Kollar-Kotelly, J.) (granting Germany 60-day extension of time).

7. Pursuant to Local Rule 7(m), on July 17, 2023, counsel for the Republic contacted counsel for Plaintiff regarding the Republic's request for an extension of time. As of the filing of this motion, Plaintiff has not provided a response.

8. For the foregoing reasons, the Bolivarian Republic of Venezuela respectfully requests that the Court grant this motion and extend the deadline for the Republic's response to Plaintiff's complaint up to and including July 24, 2023. A proposed order is attached.

Dated: July 17, 2023
      New York, New York

Respectfully submitted,

ARNOLD & PORTER
    KAYE SCHOLER LLP

By:

Kent A. Yalowitz
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
Kent.Yalowitz@arnoldporter.com

E. Whitney Debevoise
Allon Kedem
Sally L. Pei
Stephen K. Wirth
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999

*Attorneys for the Bolivarian Republic of Venezuela*

3