**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE, <br><br> *Plaintiff*, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> *Defendant*. | Civil Action No. 1:20-cv-00129-RC |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR
AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Having considered Defendant the Bolivarian Republic of Venezuela's motion for an extension of time to respond to Plaintiff's Complaint, it is hereby ORDERED that the motion is granted.  Defendant's response is due on or before July 24, 2023.


Dated: _____, 2023

HON. RUDOLPH CONTRERAS
U.S. DISTRICT JUDGE

1