**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

        *Plaintiff,*

     v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

        *Defendant.*

Civil Action No. 1:20-cv-00129-RC

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7, the Bolivarian Republic of Venezuela hereby respectfully moves for an extension of time, up to and including July 31, 2023, to respond to Plaintiff's complaint. The Republic's responsive pleading is currently due on July 24, 2023. In support of its motion, the Republic states as follows:

1.     On May 18, 2023, Plaintiff's complaint was served on the Republic via diplomatic channels. ECF No. 82. Pursuant to 28 U.S.C. § 1608(d), the Republic's deadline to respond is 60 days from service, i.e., July 17, 2023. *See* ECF No. 82.

2.     On July 17, 2023, having recently been instructed in this matter, the Republic sought a one week extension of the deadline to file its answer, which the Court granted on July 18, 2023. *See* ECF No. 85.

3.     On July 20, 2023, Plaintiff's counsel and counsel for the Republic met to confer on Plaintiff's request that the Republic consent to entry of judgment on the award. The parties remain engaged in substantive discussions related to a potential consensual resolution of Plaintiff's claims.

1

4.      Counsel for the Republic requires a brief extension of the Republic's upcoming deadline in order to obtain client instructions on the form of a proposed consensual judgment. A short extension of one week would provide time for coordination between counsel and the necessary Venezuelan government officials, who are currently located in multiple different time zones.

5.      Pursuant to Local Rule 7(m), on July 21, 2023, counsel for the Republic contacted counsel for Plaintiff seeking Plaintiff's position on the Republic's request for an extension of time. Plaintiff's counsel has reported that Plaintiff consents to this motion.

6.      For the foregoing reasons, the Bolivarian Republic of Venezuela respectfully requests that the Court grant this motion and extend the deadline for the Republic's response to Plaintiff's complaint up to and including July 31, 2023. A proposed order is attached.

Dated: July 24, 2023
      New York, New York

Respectfully submitted,

ARNOLD & PORTER
      KAYE SCHOLER LLP

By:

Kent A. Yalowitz
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
Kent.Yalowitz@arnoldporter.com

E. Whitney Debevoise
Allon Kedem
Sally L. Pei
Stephen K. Wirth
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999

*Attorneys for the Bolivarian Republic of Venezuela*

3