**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAINT-GOBAIN PERFORMANCE
PLASTICS EUROPE,

        Plaintiff,

    v.

BOLIVARIAN REPUBLIC OF
VENEZUELA

        Defendant

Civil Action No.: 1:20-cv-00129-RC

**STATUS REPORT**

Plaintiff Saint-Gobain Performance Plastics Europe ("Plaintiff") submits this status report responding to the Court's November 3, 2022, Minute Order instructing the Plaintiff to submit a report every 30 days.

On May 31, 2023, Plaintiff filed a status report stating that the State Department informed Plaintiff's counsel that the State Department successfully served Defendant Bolivarian Republic of Venezuela ("Venezuela") and that the State Department expects a certified copy of the diplomatic note of transmittal in the coming days.  On June 1, 2023, Plaintiff's counsel received by mail a certified copy of the diplomatic note confirming that service was completed.

Today, Plaintiff and Venezuela have submitted to the Court a stipulation and proposed consent judgment confirming Plaintiffs' award.

Dated: July 31, 2023          Respectfully submitted,


                              */s/ Alexander A. Yanos*_____
                              ALSTON & BIRD LLP
                              Alexander A. Yanos
                              90 Park Avenue
                              New York, NY 10016
                              Telephone: 212-210-9400
                              Facsimile: 212-210-9444
                              alex.yanos@alston.com

                              *Counsel for Plaintiff Saint-Gobain Performance
                              Plastics Europe*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 31, 2023, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Alexander A. Yanos*
Alexander A. Yanos
