# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 20-00129 (RC) |
| | : | | |
| v. | : | | |
| | : | | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : | | |
| | : | | |
| Defendant. | : | | |

## CONSENT JUDGMENT

Upon due consideration of Plaintiff Saint-Gobain Performance Plastics Europe's

("SaintGobain") Complaint to Register and Enforce ICSID Arbitration Award as a Foreign

Judgment filed against the Bolivarian Republic of Venezuela, ECF No. 1,

THE COURT CONCLUDES:

1.      This Court has jurisdiction over this matter and over Defendant the Bolivarian

Republic of Venezuela ("Venezuela") pursuant to 22 U.S.C. § 1650a and 28 U.S.C. §§ 1330(a)

and (b) and 1605(a)(1) and (6); and

2.      Saint-Gobain has established its right to relief pursuant to 22 U.S.C. § 1650a and

there is no genuine issue in dispute between the parties.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECLARED THAT:

A.      The pecuniary obligations of the Award (ECF No. 3-1) issued pursuant to the

Convention on the Settlement of Investment Disputes between States and Nationals of Other

States, Mar. 18, 1965, 17 U.S.T. 1270 (the "ICSID Convention") in favor of Saint-Gobain and

against Venezuela are recognized, entered, and recorded as a judgment by the Clerk of Court in

the same manner and with the same force and effect as if the Award were a final judgment of a court of general jurisdiction of one of the United States;

      B.     In accordance with the pecuniary obligations of the Award, Plaintiff is entitled to the sum of:

     i.     US$ 29.6 million as the principal amount of compensation for the expropriation of Saint-Gobain's investment in Venezuela;

     ii.     US$ 4.8 million as pre-award interest on the principal amount, from May 15, 2010 through March 31, 2017;

     iii.     Further pre-award interest on the principal amount of US$ 29.6 million, as of April 1, 2017 through November 3, 2017, at a rate equal to 2% over the average 6-month US Treasury bill rate, compounded annually, in the amount of US$ 542,295.36;

     iv.     Post-award interest on the principal amount of US$ 29.6 million, at a rate equal to 2% over the average 6-month U.S. Treasury bill rate, as of December 3, 2017, compounded annually up to the date of this judgment;

     v.     US$ 1,303,189.99 as the costs of the arbitration, i.e., the fees and expenses of the member of the Tribunal as well as the charges for the use of the facilities of ICSID;

     vi.     US$ 4,634,532.05 representing two-thirds of the costs incurred by Saint-Gobain in connection with the arbitration proceeding;

     vii.     Post-award interest on items (v) and (vi), as of December 3, 2017, at a rate equal to 2% over the average 6-month U.S. Treasury bill rate, compounded annually up to the date of this judgment;

and

C.      Post-judgment interest on the amount in (B), calculated at the rate set forth in 28

U.S.C. § 1961, accruing from the date of this judgment until full payment.

**SO ORDERED**.


Dated:  August 2, 2023                                    _____
                                                                      CARL J. NICHOLS
                                                                United States District Judge