**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE, <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA <br><br> Defendant | Civil Action No.: 1:20-cv-00129-RC |

**<u>PROPOSED ORDER</u>**

Upon review and consideration of Plaintiff Saint-Gobain Performance Plastics Europe's ("Plaintiff" or "Saint-Gobain") motion for an Order (*i*) permitting Plaintiff to register the Judgment in other judicial districts pursuant to 28 U.S.C. § 1963, and (*ii*) determining that a reasonable period of time has elapsed since the entry of Judgment in this case such that Plaintiff may seek to attach the Bolivarian Republic of Venezuela's ("Defendant" or "Venezuela") assets in other districts to aid in the execution of the Judgment pursuant to 28 U.S.C. § 1610(c), and; Defendant's Opposition thereto; and the entire record in this case, it is:

**ORDERED** that Plaintiff's motion is **GRANTED**;

**ORDERED** that the Court finds good cause to permit Plaintiff to register the Judgment in other judicial districts of the United States, including the District of Delaware; and

**ORDERED** that the Court finds that a reasonable period of time has elapsed within the meaning of 28 U.S.C. § 1610(c) following entry of the Judgment in this case.

**SO ORDERED** this ___ day of _____, 2023.

2

_____
Hon. Rudolph Contreras
United States District Judge