**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE, <br><br> *Plaintiff*, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA <br><br> *Defendant*. | Civil Action No.: 1:20-cv-00129-RC |

## <u>NOTICE OF WITHDRAWAL</u>

TO THE COURT, CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 83.6(b), that the appearance of Stephen K. Wirth as counsel for Defendant the Bolivarian Republic of Venezuela is hereby withdrawn. Attorneys with Arnold & Porter Kaye Scholer LLP will continue to represent Defendant the Bolivarian Republic of Venezuela in the above-captioned action.

DATED this 18th day of September 2025,

Respectfully submitted,

/s/ *Stephen K. Wirth*
Stephen K. Wirth (D.C. Bar No. 1034038)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
Stephen.Wirth@arnoldporter.com

*Attorney for Defendant the Bolivarian Republic of Venezuela*